/15

United States District Court
Southern District of Texas
FILED

MAY 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | § § § § | |
| VS. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwartz (Deceased), KATHRYN LOUISE HEROLD; PEGGY L. HORN (a/k/a Peggy L. Horn Birch); RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES DISTRICT; SOUTHMOST UNION JUNIOR COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; and LEGENDARY, INC., Defendants | § § § § § § § § § § § § § § § § § | |

## UNOPPOSED MOTION OF CAMERON COUNTY APPRAISAL DISTRICT TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to FED.R.CIV.P. 12(b)(6) the Cameron County Appraisal District moves to be dismissed as a defendant in this case because the original Complaint of the United States fails to state a claim against it upon which relief can be granted.

1.   The United States has filed this suit seeking to foreclose liens which it asserts against two (2) tracts of real property which are located in Cameron County, Texas as security for estate taxes assessed by it against the Estate of Lillian A. Schwarz.

1

2. The Appraisal District has been named as a defendant in this case "to the extent [it] assert[s] liens against the Property based on ad valorem taxes or otherwise, and to the extent that [it] hold[s] any other interest in the Property."

3. The Appraisal District exists by virtue of TEX.PROP.TAX CODE ANN. §6.01, which makes it "responsible for appraising property in the district for ad valorem tax purposes of each taxing unit that imposes ad valorem taxes on property in the district."

4. A "taxing unit" is defined by TEX.PROP.TAX CODE ANN. §1.04(12) as follows:

"Taxing unit" means a county, an incorporated city or town (including a home-rule city), a school district, a special district or authority (including a junior college district, a hospital district, a district created by or pursuant to the Water Code, a mosquito control district, a fire prevention district, or a noxious weed control district), or any other political unit of this state, whether created by or pursuant to the constitution or a local, special, or general law, that is authorized to impose and is imposing ad valorem taxes on property even if the governing body of another political unit determines the tax rate for the unit or otherwise governs its affairs.

Based on this definition, as a matter of law, the Cameron County Appraisal District is not a "taxing unit".

5. The only way in which the Appraisal District could assert a claim for or a lien securing ad valorem taxes on the Property would be as a collecting agent for a taxing unit through an interlocal agreement executed pursuant to TEX.PROP.TAX CODE ANN. §6.24. The Cameron County Appraisal District is not a party to any interlocal agreement which authorizes or obligates it to collect any ad valorem taxes on behalf of any taxing unit in Cameron County.

6. For the foregoing reasons the Appraisal District asserts no lien upon and has no interest in the real property which is the subject of this suit and the Complaint fails to state a cause of action upon which relief can be granted against the Appraisal District. The Appraisal District should, therefore, be dismissed from this case.

WHEREFORE, premises considered, the Cameron County Appraisal District prays that it be dismissed from this case pursuant to Rule 12(b)(6), and that it have such additional relief to which it may be entitled.

Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT, and CAMERON COUNTY APPRAISAL DISTRICT

**CERTIFICATE OF CONFERENCE**

The relief requested in the foregoing motion is not opposed by the plaintiff's attorney.

_____
KENT M. RIDER

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing motion were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on May 11, 2001:

| | |
|---|---|
| Mr. Manuel P. Lena, Jr.<br>Attorney, Tax Division<br>U.S. Department of Justice<br>717 N. Harwood, Ste. 400<br>Dallas, Texas 75201 | Item No. 7000 0520 0022 7004 9763 |

ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| Mr. Larry Sherlock<br>Chamberlain Hrdlicka White Williams & Martin, A P.P.C.<br>1200 Smith Street, Ste. 1400<br>Houston, Texas 77002-4401 | Item No. 7000 0520 0022 7004 9770 |

ATTORNEY FOR GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS and DORIS JEAN SHANNON

| | |
|---|---|
| Mr. David Randell<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | Item No. 7000 0520 0022 7004 9787 |

ATTORNEY FOR STATE OF TEXAS

| | |
|---|---|
| Mr. Mitchell Legler, Esq.<br>300-A Wharfside Way<br>Jacksonville, FL 32207 | Item No. 7000 0520 0022 7004 9794 |

ATTORNEY FOR LEGENDARY, INC.

| | |
|---|---|
| Mr. Cullen R. Looney<br>Attorney at Law<br>P.O. Box 118<br>Edinburg, Texas 78540-0118 | Item No. 7000 0520 0022 7004 9800 |

_____
KENT M. RIDER

*Cameron\Herold\CAD R12b motion*
*May 11, 2001*