17

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-01-053 |
| | § | |
| GRADY F. HEROLD, SR., et. al. | § | |
| | § | |
| Defendants. | § | |

**DEMAND FOR JURY TRIAL BY DEFENDANTS
GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD,
PEGGY L. HORN, RUBY L. WELLS AND DORIS JEAN SHANNON**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon, demand a trial by jury of all issues which are triable of right to a jury, including the determination of the amount of tax, penalty and interest owing to the Internal Revenue Service and all other taxing jurisdictions.

LINDA S. PAINE
Attorney-in-Change
State Bar No. 15414000
U.S. District Court No. 6379
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)

314643 1
001461-000000 5/21/2001

*Lawrence Sherlock*
LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX 77002

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Demand for Jury Trial by Defendants Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon has this 31st day of May, 2001, been made by mailing a copy thereof to:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Mitchell Leger
300-A Wharfside Way
Jacksonville, Florida 78540-0118

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, L.L.P.
P. O. Box 17428
Austin, Texas 78760

David Randell
Assistant Attorney General
Bankruptcy and Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

*Lawrence Sherlock*
LAWRENCE SHERLOCK