IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff | § | |
| v. | § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., | § | |
|     Defendants | § | |

United States District Court
Southern District of Texas
FILED

JUL 1 8 2001

Michael N. Milby
Clerk of Court

## UNITED STATES' (IRS) CERTIFICATE OF INTERESTED PERSONS

The United States, on behalf of its agency the Internal Revenue Service, files this its Certificate of Interested Persons under the Court's Order Setting Conference as follows:

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

    United States (IRS)
    Grady F. Herold, individually & in his capacity as executor, Estate of Lillian A. Schwartz
    Kathryn L. Herold
    Peggy L. Horn
    Ruby L. Wells
    Doris J. Shannon
    Cameron County, Texas
    Laguna Madre Water District
    Cameron County Emergency Services
    Southmost Union Jr. College District
    Point Isabel Independent School District
    Town of South Padre Island
    South Texas Independent School District
    State of Texas
    Legendary, Inc.

_____
**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' (IRS) CERTIFICATE OF INTERESTED PERSONS has been made on July 17, 2001, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

_____
**Manuel P. Lena Jr.**