IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL NO. B-01-053 |
| | § | |
| GRADY F. HEROLD, SR., Individually and in | § | |
| his capacity as Independent Executor of the | § | |
| Estate of Lillian A. Schwartz (Deceased), et al, | § | |
| Defendants | § | |
| | § | |
| CAMERON COUNTY, TEXAS; LAGUNA | § | |
| MADRE WATER DISTRICT; CAMERON | § | |
| COUNTY EMERGENCY SERVICES DISTRICT; | § | |
| SOUTHMOST UNION JUNIOR COLLEGE | § | |
| DISTRICT; POINT ISABEL I.S.D.; TOWN | § | |
| OF SOUTH PADRE ISLAND; and SOUTH | § | |
| TEXAS I.S.D., | § | |
| Counterplaintiffs and Cross-Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| GRADY F. HEROLD, SR., Individually and in | § | |
| his capacity as Independent Executor of the | § | |
| Estate of Lillian A. Schwartz (Deceased), et al, | § | |
| KATHRYN LOUISE HEROLD, PEGGY L. | § | |
| HORN (a/k/a Peggy L. Horn Birch); | § | |
| RUBY L. WELLS; DORIS JEAN SHANNON; | § | |
| STATE OF TEXAS, and LEGENDARY, INC. | § | |
| Counterdefendants and Cross-Defendants | § | |

ORIGINAL COUNTERCLAIM AND CROSS-CLAIM
OF CAMERON COUNTY, TEXAS, LAGUNA MADRE
WATER DISTRICT, CAMERON COUNTY EMERGENCY
SERVICES DISTRICT, SOUTHMOST UNION JUNIOR
COLLEGE DISTRICT, POINT ISABEL INDEPENDENT
SCHOOL DISTRICT, SOUTH TEXAS INDEPENDENT
<u>SCHOOL DISTRICT, AND TOWN OF SOUTH PADRE ISLAND</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1

Now come Cameron County, Laguna Madre Water District, Cameron County Emergency Services District, Southmost Union Junior College District, Point Isabel Independent School District, South Texas Independent School District and the Town of South Padre Island, Defendants in this case, (the "Taxing Units") and pursuant to FED.R.CIV.P. 13 file the following counterclaim against the Plaintiff, the United States of America (the "United States") and the following cross-action against the Defendants Grady F. Herold, Sr., Individually and in his capacity as the Independent Executor of the Estate of Lillian A. Schwarz (Deceased), Kathryn Louise Herold, Ruby L. Wells and Doris Jean Shannon (collectively, "the Herold Defendants"), the State of Texas (the "State") and Legendary, Inc. ("Legendary").

### A. Parties

1. The defendant to this counterclaim is the United States of America, which will be served by delivery of a copy of this counterclaim to its attorney of record in this case, Mr. Manuel P. Lena, Jr.

2. The cross-defendants are the Defendants Grady F. Herold, Sr., Individually and in his capacity as the Independent Executor of the Estate of Lillian A. Schwarz (Deceased), Kathryn Louise Herold, Ruby L. Wells and Doris Jean Shannon, who will be served by delivering a copy of this cross-action to their attorneys of record, Linda S. Paine and Lawrence Sherlock; the State of Texas, which will be served by delivery of a copy of this cross-claim to its attorney of record, Mr. David Randell; and Legendary, Inc., which will be served by delivery of a copy of this cross-claim to its attorney of record, Mr. David C. Garza.

### B. Cause of Action

3. This Counterclaim and Cross-Action is brought by the Taxing Units in order to assert a claim against the Herold Defendants for delinquent ad valorem taxes which are owed to the Taxing

2

Units and to foreclose the lien which secures payment of those taxes. The United States and the State are named as defendants by the Taxing Units because of their alleged position as holders of liens on the property on which these taxes have been assessed. Legendary is named as a defendant because of its reputed interest in the real property which is the subject of this suit.

4. There are delinquent taxes, penalties and interest, separately assessed against the property which is the subject of this suit and which is described below, justly due, owing, and unpaid to the Taxing Units in the amounts and for the years shown below opposite each tract, for all delinquent years up to and including 2000 in the following amounts:

Tract 1

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract on Padre Island described as 14.5 acres, more or less, out of a 21.83-acre tract, in Tract 1 of the Inventory of the Estate of Lillian A. Schwarz, Deceased, dated June 24, 1987, and recorded in Vol. 211, Page 309, Official Records of Cameron County, Texas; SAVE AND EXCEPT, that certain 0.748-acre tract of land described in a deed dated December 18, 1987 from Grady F. Herold, Sr., to Circle K Convenience Stores, Inc., recorded in Volume 304, Page 171, Official Records of Cameron County, Texas, leaving a residue of 13.752 acres, more or less; and being also described by Cameron County tax account No. 67/6820/0010/0030/00.

| | |
|---|---|
| Years Owed: 1996-2000 to Cameron County, Cameron County Emergency Services District, Southmost Union Junior College District, and South Texas I.S.D. as of June, 2001 | $103,212.68 |
| 1996-2000 to Point Isabel I.S.D., Town of South Padre Island and Laguna Madre Water District as of June, 2001 | $385,731.57 |

Tract 2

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract on Padre Island, being more particularly described as Tract 2 of the Inventory of the Estate of Lillian A. Schwarz, Deceased, dated June 24, 1987, and recorded in Vol. 211, Page 309, Official Records of Cameron County, Texas; and being also described by Cameron County tax account No. 67/6820/0010/0030/01.

Years Owed: 1996-2000 to Cameron County Cameron County
Emergency Services District, Southmost Union
Junior College District, and South Texas I.S.D. as

3

| | |
|---|---:|
| of June, 2001 | $ 5,885.34 |
| 1996-2000 to Point Isabel I.S.D., Town of South Padre Island and Laguna Madre Water District | $11,843.96 |

5.  The Taxing Units also seek to collect all taxes on this property which may become delinquent during the pendency of this suit.

6.  All of the property described above is located in Cameron County, Texas, and all volume and page references, unless otherwise indicated, are to the Official Records of Cameron County, to which instruments reference is made for a more complete description of the tracts.

7.  All taxes listed above were authorized by law, and each political subdivision in whose behalf this claim is brought was legally constituted and authorized to levy, assess, and collect ad valorem taxes on this property, and all of the taxes were legally levied and assessed against the property and the owners thereof. All things required by law to be done have been legally performed by the proper officials.

8.  All of the above described property was owned by the Herold Defendants on January 1 of each year for which the tax was imposed and was located within the boundaries of and/or subject to taxation by the Taxing Units.

9.  The Taxing Units seek a personal judgment against only the Herold Defendants for the taxes, interest and penalties which are owed on this property.

10. The Taxing Units seek an order of foreclosure of the liens which secure payment of the amounts owed, including a ruling that this foreclosure will be free and clear of all liens and other interests which the United States, the State and Legendary may assert against the property.

12. The attorney whose name is signed hereto is legally authorized and empowered to institute and prosecute this action on behalf of the Taxing Units.

WHEREFORE, the Taxing Units pray that they recover judgment against the Herold

4

Defendants for the total amount of delinquent taxes due at the time of the filing of this pleading, all taxes becoming delinquent thereafter up to the date of judgment, all interest, penalty, and costs of court allowed by law accruing up to and including the day of judgment, plus attorney's fees of fifteen percent (15%) of all tax, penalty and interest as provided by law including post judgment interest at the maximum rate allowed by law; for foreclosure of the liens securing payment of these taxes together with an order of sale; for foreclosure of its tax lien free and clear of all liens and interests in the property asserted by the United States, the State of Texas, and Legendary, Inc.; and for such other relief to which the Taxing Units may be entitled.

Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

**CERTIFICATE OF SERVICE**

True and correct copies of the foregoing counterclaim and cross-action were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on July __16__, 2001:

5

Mr. Manuel P. Lena, Jr.  Item No. 7000 1670 0010 2554 6763
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEY FOR PLAINTIFF

Ms. Linda S. Paine  Item No. 7000 1670 0010 2554 6756
Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell  Item No. 7000 1670 0010 2554 6718
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Mr. David C. Garza  Item No. 7000 1670 0010 2554 6701
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

ATTORNEY FOR LEGENDARY, INC.

Mr. Cullen R. Looney  Item No. 7000 1670 0010 2554 6695
Attorney at Law
P.O. Box 118
Edinburg, Texas 78540-0118

KENT M. RIDER

*Cameron\Herold\Counterclaim & cross-action*
*July 16, 2001*

6