

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 19 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br>     Plaintiff § <br> § <br> VS. § <br> § <br> GRADY F. HEROLD, SR., Individually and in § <br> his capacity as Independent Executor of the § <br> Estate of Lillian A. Schwartz (Deceased), § <br> KATHRYN LOUISE HEROLD; PEGGY L. § <br> HORN (a/k/a Peggy L. Horn Birch); § <br> RUBY L. WELLS; DORIS JEAN SHANNON; § <br> CAMERON COUNTY, TEXAS; LAGUNA § <br> MADRE WATER DISTRICT; CAMERON § <br> COUNTY EMERGENCY SERVICES DISTRICT; § <br> SOUTHMOST UNION JUNIOR COLLEGE § <br> DISTRICT; POINT ISABEL I.S.D.; TOWN § <br> OF SOUTH PADRE ISLAND; SOUTH § <br> TEXAS I.S.D.; CAMERON COUNTY § <br> APPRAISAL DISTRICT; STATE OF TEXAS; § <br> and LEGENDARY, INC., § <br>     Defendants § | CIVIL NO. B-01-053 |

**CERTIFICATE OF INTERESTED PERSONS
FILED BY CAMERON COUNTY, LAGUNA MADRE
WATER DISTRICT, CAMERON COUNTY EMERGENCY
SERVICES DISTRICT, SOUTHMOST UNION JUNIOR
COLLEGE DISTRICT, POINT ISABEL INDEPENDENT
SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND,
and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

As required by the April 2, 2001 Order Setting Conference, counsel for the Defendants listed above certifies that the persons and entities which are financially interested in the outcome of this litigation are as follows:

    1.    Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services District, Southmost Union Junior College District and South Texas Independent School

1

District.

2.  Point Isabel Independent School District, for itself and on behalf of the Town of South Padre Island and the Laguna Madre Water District.

3.  The law firm of Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP.

DATED: July 17, 2001.

                                        Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing designation of interested persons were served by first class United States mail, postage prepaid, addressed as follows on July 17, 2001:

Mr. Manuel P. Lena, Jr.
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEY FOR PLAINTIFF

Ms. Linda S. Paine
Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Mr. David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

ATTORNEY FOR LEGENDARY, INC.

Mr. Cullen R. Looney
Attorney at Law
P.O. Box 118
Edinburg, Texas 78540-0118


_____
KENT M. RIDER

*Cameron\Herold\Interested Persons*
*July 17, 2001*