


IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br><br>v.<br><br>GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); KATHRYN LOUISE HEROLD; RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES; SOUTHMOST UNION JR. COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; AND LEGENDARY, INC.<br>　　Defendants | § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-01-053 |

United States District Court
Southern District of Texas
FILED

JUL 2 5 2001

Micheal N. Milby
Clerk of Court

## STATE OF TEXAS' CERTIFICATE OF INTERESTED PERSONS

THE STATE OF TEXAS, Defendant, (hereinafter "State") appearing through the Office of the Attorney General of the State of Texas, and files this its Certificate of Interested Persons under the Court's Order Setting Conference as follows:

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interest in the outcome of this litigation:

　　State of Texas / Texas Comptroller of Public Accounts
　　United States (IRS)
　　Kathryn L. Herold
　　Peggy L. Horn
　　Ruby L. Wells
　　Doris J. Shannon
　　Cameron County, Texas
　　Laguna Madre Water District

State of Texas Certificate of Interested Persons　　　　-1-

Cameron County Emergency Services
Southmost Union Jr. College District
Point Isabel Independent School District
Town of South Padre Island
South Texas Independent School District
Legendary, Inc.

                                                  Respectfully submitted,

                                                  JOHN CORNYN
                                                  Attorney General of Texas

                                                  HOWARD G. BALDWIN, JR.
                                                  First Assistant Attorney General

                                                  JEFFREY S. BOYD
                                                  Deputy Attorney General for Litigation

                                                  RONALD R. DEL VENTO
                                                  Chief, Bankruptcy & Collections Division

_____
DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

      I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing State of Texas' Certificate of Interested Persons has been mailed, certified, return receipt requested, on this the 20th day of July, 2001 to the following:

Manuel P. Lena, Jr.  
Andrew Sobotka  
U.S. Department of Justice  
Tax Division  
717 N. Harwood, Suite 400  
Dallas, Texas 75201

Cullen R. Looney  
Attorney at Law  
P.O. Box 118  
Edinburg, Texas 78540-0118

Larry Sherlock  
Chamberlain Hrdlicka White  
William & Martin, A P.P.C.  
1200 Smith Street, Ste. 1400  
Houston, Texas 77002-4401

David C. Garza  
Garza & Garza, L.L.P.  
P.O. Box 2025  
Brownsville, Texas 78522

Kent M. Rider  
Linebarger Heard Goggan Blair  
Graham Peña & Sampson, LLP  
P.O. Box 17428  
Austin, Texas 78760

                                              _____  
                                              DAVID RANDELL