United States District Court
Southern District of Texas
FILED

JUL 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>    Plaintiff §<br>§<br>v. §<br>§<br>GRADY F. HEROLD, SR., Individually and §<br>in his capacity as Independent Executor of §<br>the Estate of Lillian A. Schwarz (deceased); §<br>KATHRYN LOUISE HEROLD; RUBY L. §<br>WELLS; DORIS JEAN SHANNON; §<br>CAMERON COUNTY, TEXAS; LAGUNA §<br>MADRE WATER DISTRICT; CAMERON §<br>COUNTY EMERGENCY SERVICES; §<br>SOUTHMOST UNION JR. COLLEGE §<br>DISTRICT; POINT ISABEL I.S.D.; TOWN §<br>OF SOUGH PADRE ISLAND; SOUTH §<br>TEXAS I.S.D; CAMERON COUNTY §<br>APPRAISAL DISTRICT; STATE OF TEXAS; §<br>AND LEGENDARY, INC. §<br>    Defendants § | CIVIL NO. B-01-053 |

## DEFENDANT LEGENDARY, INC.'S CERTIFICATE OF
## DISCLOSURE OF INTERESTED PARTIES

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, Defendant **LEGENDARY, INC.**, files this disclosure of interested parties as follows:

### PLAINTIFF

1.    United States of America, Plaintiff

2.   Andrew L. Sobotka
     Manuel P. Lena Jr.
     Attorneys, Tax Division
     U.S. DEPARTMENT OF JUSTICE
     Attorneys for Plaintiffs

### DEFENDANT LEGENDARY, INC.

1.   Legendary, Inc.,

2.   David C. Garza
     GARZA & GARZA, L.L.P.
     Attorney for Defendant Legendary, Inc.

### DEFENDANTS GRADY F. HEROLD, SR., ET AL

1.   Grady F. Herold, Sr.
     Kathryn Louise Herold
     Peggy L. Horn
     Ruby L. Wells
     Doris Jean Shannon

2.   Linda S. Paine
     Attorney-in-Charge
     Chamberlain, Hrdlicka, White, Williams & Martin
     Attorney for Defendant Grady F. Herold, Sr. et al

### DEFENDANTS CAMERON COUNTY, TEXAS ET AL

1.   Cameron County, Texas
     Laguna Madre Water District
     Cameron County Emergency Services
     Southmost Union Junior College District
     Point Isabel ISD
     Town of South Padre Island
     South Texas ISD
     Cameron County Appraisal District

2.   Kent M. Rider
     Linebarger, Heard, Goggan, Blair,
       Graham, Pena & Sampson, LLP
     Attorney for Cameron County Et Al

## DEFENDANT STATE OF TEXAS

1. State of Texas

2. David Randell
   Assistant Attorney General
   Bankruptcy & Collections Division
   Attorney for the State of Texas

                                                    Respectfully Submitted,

                                                    **LEGENDARY, INC.**

By: _____
                                                    David C. Garza
                                                    Texas State Bar ID No. 0731400
                                                    Federal Admission No. 3778
                                                    **GARZA & GARZA, L.L.P.**
                                                      P.O. Box 2025
                                                    680 East St. Charles, Suite 300
                                                    Brownsville, Texas 78522-2025
                                                    Telephone: (956) 541-4914
                                                    Facsimile: (956) 542-7403

                                                    Attorney for Defendant
                                                    **LEGENDARY, INC.**

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the following counsel of record as follows on July 25th, 2001.

| | |
|---|---|
| Manuel P. Lena, Jr.<br>Andrew Sobotka<br>U.S. Department of Justice<br>    Tax Division<br>717 North Harwood, Suite 400<br>Dallas, Texas 75201 | REGULAR MAIL |
| David Randell, Asst. Attorney General<br>Office of the Attorney General of<br>    The State of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | REGULAR MAIL |
| Linda S. Paine<br>Larry Sherlock<br>CHAMBERLAIN HRDLICKA WHITE<br>WILLIAM & MARTIN, APPC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002-4401 | REGULAR MAIL |
| Kent M. Rider<br>LINEBARGER, HEARD, GOGGAN<br>  BLAIR, GRAHAM, PEÑA & SAMPSON<br>P.O. Box 17428<br>Austin, Texas 78760 | REGULAR MAIL |
| Cullen R. Looney<br>Attorney-At-Law<br>P.O. Box 118<br>Edinburg, Texas 78540-0118 | REGULAR MAIL |

_____
DAVID C. GARZA