United States District Court
Southern District of Texas
FILED

JUL 3 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (Deceased), et al. | § § § § § § | |
| Defendants. | § | |

**ANSWER OF DEFENDANTS GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS AND DORIS JEAN SHANNON TO THE ORIGINAL COUNTERCLAIM AND CROSS-CLAIM OF CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT, AND TOWN OF SOUTH PADRE ISLAND**

Defendants, Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon, by their undersigned attorneys, answer the Original Counterclaim and Cross-claim of Cameron County, Texas and other taxing units ("the Counterclaim") as follows:

1. Admit the allegations contained in paragraph 1 of the Counterclaim.

2. Admit the allegations contained in paragraph 2 of the Counterclaim, except deny any allegations of liability contained therein.

323803 1
001461-000000 7/27/2001

3. Admit the allegations contained in paragraph 3 of the Counterclaim, except deny any allegations of liability contained therein.

4. Deny the allegations contained in paragraph 4 of the Counterclaim, except admit that there are unpaid taxes, penalties and interest in as yet undetermined amounts.

5. Admit the allegations contained in paragraph 5 of the Counterclaim, except deny any allegations of liability contained therein.

6. Admit the allegations contained in paragraph 6 of the Counterclaim.

7. Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Counterclaim.

8. Deny the allegations contained in paragraph 8 of the Counterclaim, except admit that the property was owned by the Estate of Lillian A. Schwarz, and that the property was subject to taxation by the Taxing Units.

9. Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Counterclaim, and deny any personal liability of the Herold defendants.

10. Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Counterclaim.

12.(sic) Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Counterclaim.

WHEREFORE, Defendants deny any personal liability and pray that the Counterclaim and Cross-Claim of Cameron County, Texas et al. be dismissed with prejudice.

_____
LINDA S. PAINE
Attorney-in-Change
State Bar No. 15414000
U.S. District Court No. 6379
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)

_____
LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX  77002

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has this 27th day of July, 2001, been made by mailing a copy thereof to:

| | |
|---|---|
| Manuel P. Lena, Jr.<br>Andrew Sobotka<br>U.S. Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201 | David Garza<br>P. O. Box 2025<br>Brownsville, TX 78522 |
| Kent M. Rider<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, L.L.P.<br>P. O. Box 17428<br>Austin, Texas 78760 | David Randell<br>Assistant Attorney General<br>Bankruptcy and Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 |

*/s/ Lawrence Sherlock*
LAWRENCE SHERLOCK