IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL NO. B-01-053 |
| | § | |
| GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwartz (Deceased), KATHRYN LOUISE HEROLD; PEGGY L. HORN (a/k/a Peggy L. Horn Birch); RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES DISTRICT; SOUTHMOST UNION JUNIOR COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; and LEGENDARY, INC., | § | |
|     Defendants | § | |

**UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY FOR
CAMERON COUNTY, LAGUNA MADRE WATER DISTRICT,
CAMERON COUNTY EMERGENCY SERVICES DISTRICT,
SOUTHMOST UNION JUNIOR COLLEGE DISTRICT,
POINT ISABEL INDEPENDENT SCHOOL DISTRICT,
TOWN OF SOUTH PADRE ISLAND AND
SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT
AT AUGUST 13, 2001, STATUS CONFERENCE AND TO
<u>PERMIT SUBSTITUTE ATTORNEY TO APPEAR PRO HAC VICE</u>**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    1.    The Court has scheduled the initial pretrial status conference in this case for Monday, August 13, 2001, at 1:45 PM in Brownsville.

    2.    Kent M. Rider, the attorney in charge for Cameron County, Laguna Madre Water District, Cameron County Emergency Services District, Point Isabel Independent School

1

District, Town of South Padre Island, and South Texas Independent School District (the "Taxing Units"), Kent M. Rider, has a family obligation which conflicts with the August 13 setting. Mr. Rider's youngest daughter must move into her dormitory room at Auburn University, Auburn, Alabama, on Sunday, August 12, 2001. Two vehicles are required to transport her and her clothing, computer, book shelves, and other "necessaries" to Auburn. The drive takes 13 to 14 hours, non-stop from Austin where Mr. Rider resides. It is not feasible for Mr. Rider to drive back from Auburn, Alabama to Brownsville, Texas in order to appear in court on August 13 by 1:45 PM. Assuming he could fly in on the 13th, that would still leave his wife and her car in Auburn facing a single-handed drive back to Austin, which she prefers to avoid.

3. The Taxing Units are units of local government being represented by Mr. Rider and his law firm were brought into this case by the Plaintiff United States of America solely because they are owed ad valorem taxes by the Lillian Schwarz Estate on real property on which the United States has placed a lien to secure payment of estate taxes which it believes are owed to it by that Estate.

4. The Taxing Units being represented by Mr. Rider and his law firm have asserted a counterclaim against the United States, seeking to preserve the priority of the ad valorem tax lien, and a cross-action against the Schwarz Estate and its beneficiaries for those delinquent ad valorem taxes. They also have pending in State court in Brownsville a separate suit against the Estate and its beneficiaries in which they assert the same claims.

5. For the above reasons there are minimal issues which involve the Taxing Units being represented by Mr. Rider and they expect to have minimal involvement at the scheduled status conference. Furthermore, their claims in State court are being handled by another member

of Mr. Rider's firm, Ms. Thelma Banduch. She has also been involved with Mr. Rider in the case before this court, although she has not appeared formally.

      6.    Pursuant to Local Rule 83.2, the Taxing Units request that Ms. Thelma Banduch, Texas State Bar No. 01668900, telephone number (956) 546-1216, mailing address 3302 Boca Chica Blvd., Suite 105, Brownsville, Texas 78520, facsimile number (956) 546-1624, be allowed to appear on their behalf on August 13, 2001. Ms. Banduch is not admitted to practice before this court, and so requests permission to appear *pro hac vice*.

Respectfully submitted,

LINEBARGER HEARD GOGGAN BLAIR
GRAHAM PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: /s/ Kent M. Rider
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

3

## CERTIFICATE OF CONFERENCE

I have conferred with counsel representing all other parties in this case and am authorized to represent to the Court that they do not oppose the relief being requested by this motion.

_____
KENT M. RIDER

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing motion were served by first class United States mail, postage prepaid, addressed as follows on July 26, 2001:

Mr. Andrew L. Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEY FOR PLAINTIFF

Ms. Linda S. Paine
Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

And

Mr. Cullen R. Looney
Attorney at Law
P.O. Box 118
Edinburg, Texas 78540-0118

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

4

Mr. David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

ATTORNEY FOR LEGENDARY, INC.

_____
KENT M. RIDER

*Cameron\Herold\Pretrial attorney substitution*
*July 26, 2001*

5