

COPY 33

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
|     Plaintiff § | | |
| v. § | | |
| § | | |
| GRADY F. HEROLD, SR., Individually and § | | |
| in his capacity as Independent Executor of the § | | |
| Estate of Lillian A. Schwarz (deceased); § | | |
| KATHRYN LOUISE HEROLD; RUBY L. § | | |
| WELLS; DORIS JEAN SHANNON; § | | CIVIL NO. B-01-053 |
| CAMERON COUNTY, TEXAS; LAGUNA § | | |
| MADRE WATER DISTRICT; CAMERON § | | |
| COUNTY EMERGENCY SERVICES; § | | |
| SOUTHMOST UNION JR. COLLEGE § | | |
| DISTRICT; POINT ISABEL I.S.D.; TOWN § | | |
| OF SOUTH PADRE ISLAND; SOUTH § | | |
| TEXAS I.S.D.; CAMERON COUNTY § | | |
| APPRAISAL DISTRICT; STATE OF § | | |
| TEXAS; AND LEGENDARY, INC. § | | |
|     Defendants § | | |

FILED AUG 0 1 2001
Michael N. Milby
Clerk of Court

UNOPPOSED MOTION OF THE STATE OF TEXAS TO
PERMIT OUT OF TOWN COUNSEL TO APPEAR BY TELEPHONE
AT PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE STATE OF TEXAS, Defendant, (hereinafter "State") appearing through the Office of the Attorney General of the State of Texas, and files this unopposed motion to permit out of town counsel to appear telephonically at the initial pretrial conference, and in support of said motion would show the following:

I.

1. The Court has scheduled the initial pretrial status conference in this case for Monday, August 13, 2001, at 1:45 p.m. in Brownsville.

2.	David Randell, the attorney in charge for the State has a very important scheduling conflict involving administrative duties that, as a practical matter, prevents travel to Brownsville on August 13, 2001. Particularly, the undersigned has responsibilities for amending certain administrative rules prior to the end of the fiscal year on August 31, 2001, as part of an agency wide initiative. (*See*, Tex. Admin Code §§ 59-1 - 3) Additionally, the undersigned expects to be minimally involved in the pretrial conference because the State's lien priority is behind that of the other taxing unit parties and the amount of the State's claim will be determined as a percentage of that of the United States of America.

3.	Pursuant to Rule 4(B) of Courtroom Procedures, the State of Texas requests that its out of town counsel be permitted to appear by telephone at the pretrial conference scheduled for August 13, 2001 at 1:45 p.m.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

_____
DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638

-2-

Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I have conferred with counsel representing all other parties in this case and am authorized to represent to the Court that they do not oppose the relief being requested by this motion.

_____
DAVID RANDELL

## CERTIFICATE OF SERVICE

I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing Original Answer of the State of Texas has been mailed, first class United States mail on this the 31ST day of July, 2001 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

-3-

-4-

Cullen R. Looney
Attorney at Law
P.O. Box 118
Edinburg, Texas 78540-0118

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
Brownsville, Texas 78522

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

_____
DAVID RANDELL