34

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-053 |
| | § | |
| Grady F. Herold, Sr., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on August 1, 2001, the Court **GRANTED** the Parties' Unopposed Motion to Substitute Attorney at Pretrial Conference and to Permit Substitute Attorney to Appear *Pro Hac Vice* [Dkt. No. 31] and the Parties' Unopposed Motion of the State of Texas to Permit Out of Town Counsel to Appear by Telephone at Pretrial Conference [Dkt. No. 33].

DONE at Brownsville, Texas, this 1st day of August 2001.

_____
Hilda G. Tagle
United States District Judge