

COPY 36

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|    Plaintiff § | |
| v. § | |
| § | |
| GRADY F. HEROLD, SR., Individually and § | |
| in his capacity as Independent Executor of the § | |
| Estate of Lillian A. Schwarz (deceased); § | |
| KATHRYN LOUISE HEROLD; RUBY L. § | |
| WELLS; DORIS JEAN SHANNON; § | CIVIL NO. B-01-053 |
| CAMERON COUNTY, TEXAS; LAGUNA § | |
| MADRE WATER DISTRICT; CAMERON § | |
| COUNTY EMERGENCY SERVICES; § | |
| SOUTHMOST UNION JR. COLLEGE § | |
| DISTRICT; POINT ISABEL I.S.D.; TOWN § | |
| OF SOUTH PADRE ISLAND; SOUTH § | |
| TEXAS I.S.D.; CAMERON COUNTY § | |
| APPRAISAL DISTRICT; STATE OF § | |
| TEXAS; AND LEGENDARY, INC. § | |
|    Defendants § | |

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

ORIGINAL ANSWER OF CROSS DEFENDANT, STATE OF TEXAS TO
CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT,
CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST
UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT
SCHOOL DISTRICT, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT,
AND TOWN OF SOUTH PADRE ISLAND'S CROSS-CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE STATE OF TEXAS, Cross Defendant, (hereinafter "State") appearing through the Office of the Attorney General of the State of Texas, and files this Original Answer to Cameron County, et al's Cross-Claim , and in support of such pleadings would show the following:

I.

1. The State of Texas admits the allegations that Cameron County, et al has ad valorem tax claims against the Estate of Lillian A. Schwarz which attached to all property of the Estate of

Lillian A. Schwarz and that the ad valorem tax liens are superior to the lien filed by the State of Texas. *See* TEX. TAX CODE ANN. § 32.05 (Vernon Supp. 2001). The State of Texas further admits that its lien will remain subordinate to the ad valorem tax liens.

2. Except to the extent already admitted, the State of Texas is without knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in paragraphs 4 through 12 of the cross-claim of Cameron County, et al. However, to the extent this Court requires admission or denial of the allegations, the State of Texas denies every allegation asserted in the cross-claim, except to the extent already admitted.

## II.

3. On or about May 27, 1986, Grady F. Herold, Sr., as Executor of the Estate of Lillian A. Schwarz, filed an inheritance tax return with the Texas Comptroller. Based on the inheritance tax return filed, on the date of the decedent's death the gross value of the estate was $14,442,594.00. The total tax, penalties and interest payable to the Texas Comptroller for inheritance tax was $1,777,595.00.

4. On August 6, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Cameron County, Texas. Said lien was properly filed pursuant to Texas Tax Code, section 113.001. (Attached hereto as Exhibit "A" and incorporated by reference is a copy of the Texas Comptroller's tax lien.) The lien filed by the State of Texas attached to all of the property of the estate. TEX. TAX CODE ANN. § 113.001 (Vernon 1992).

5. The Estate of Lillian A. Schwarz made several payments toward the delinquent State inheritance tax, penalties and interest. Attached hereto as Exhibit "B" and incorporated by reference herein is the Texas Comptroller's Certificate of Tax Delinquency showing the remaining amount of

inheritance tax, penalties and interest due is $1,089,436.55.

6. The Texas Comptroller seeks to enforce its tax lien and requests payment, in full, of the delinquent State inheritance tax from the proceeds of the sale of the property made the basis of this suit.

### III.

7. In accordance with TEX. GOV'T CODE ANN. 2107.006, the Attorney General is entitled to recover and collect reasonable attorney fees, investigative costs, and court costs on behalf of the State of Texas.

WHEREFORE the Texas Comptroller requests:

1. That the Court find the Estate of Lillian A. Schwarz is indebted to the State of Texas for inheritance tax, in the amount of $1,089,436.55 as of April 23, 2001, plus any other penalties and statutory interest which accrues after April 23, 2001;

2. That this Court order, adjudge and decree that the State of Texas has a valid lien against the property made the basis of this suit;

3. That this Court determine the validity of all liens and claims of the parties named herein against the proceeds of the sale of the property made the basis of this suit, and determine the priority of all respective liens and claims as against the claim of the State of Texas;

4. That this Court award to the State of Texas $1,089,436.55, plus any other penalties and statutory interest which has accrued since April 23, 2001, in satisfaction of its tax claim;

5. That this Court award the State of Texas attorney's fees and costs; and

6. That the State of Texas have such further relief as this Court may deem proper.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

_____
DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

-5-

## CERTIFICATE OF SERVICE

      I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing State of Texas Original Answer to Cameron County, et al's Cross-claim has been mailed, certified, return receipt requested, on this the 8th day of August, 2001 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

_____
DAVID RANDELL