COPY *37*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**AUG 1 3 2001**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     Plaintiff § | |
| § | |
| v. § | |
| § | |
| GRADY F. HEROLD, SR., Individually and § | |
| in his capacity as Independent Executor of the § | |
| Estate of Lillian A. Schwarz (deceased); § | |
| KATHRYN LOUISE HEROLD; RUBY L. § | |
| WELLS; DORIS JEAN SHANNON; § | |
| CAMERON COUNTY, TEXAS; LAGUNA § | CIVIL NO. B-01-053 |
| MADRE WATER DISTRICT; CAMERON § | |
| COUNTY EMERGENCY SERVICES; § | |
| SOUTHMOST UNION JR. COLLEGE § | |
| DISTRICT; POINT ISABEL I.S.D.; TOWN § | |
| OF SOUTH PADRE ISLAND; SOUTH § | |
| TEXAS I.S.D.; CAMERON COUNTY § | |
| APPRAISAL DISTRICT; STATE OF § | |
| TEXAS; AND LEGENDARY, INC. § | |
|     Defendants § | |

## STATE OF TEXAS' CROSS-CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE STATE OF TEXAS, Defendant, (hereinafter "State") appearing

through the Office of the Attorney General of the State of Texas, and files this Cross-Claim against

Grady F. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian

A. Schwarz (deceased); Kathryn Louise Herold, Ruby L. Wells, and Doris Jean Shannon (hereinafter

"heirs of Lillian Schwarz"); and Legendary, Inc., (collectively hereinafter "Cross-Defendants") and

in support of such pleadings would show the following:

### I. Parties

1.    The Cross-Defendants are Grady F. Herold, Sr., Individually and in his capacity as

-1-

CIVIPDF - www.fineprint.com

Independent Executor of the Estate of Lillian A. Schwarz (deceased); Kathryn Louise Herold; Ruby

L. Wells and Doris Jean Shannon, the individual defendants are heirs of Lillian A. Schwarz and who

have an interest in the property; and Legendary, Inc. holds an interest in the property under a putative

real estate contract. Cross Defendants will be served by delivery of a copy of this cross-claim to their

attorney of record.

## II. Cause of Action

2.      The State of Texas seeks to foreclose its inheritance tax lien upon two tracts of real

property located on South Padre Island, Cameron County, Texas.  The real property is described as

follows:

### Tract I

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract
on Padre Island described as 14.5 acres, more or less, out of a 21.83-acre tract, in
Tract 1 of the Inventory of the Estate of Lillian A. Schwarz, Deceased, dated June 24,
1987, and recorded in Vol. 211, Page 309, Official Records of Cameron County,
Texas; SAVE AND EXCEPT, that certain 0.748-acre tract of land described in a
deed dated December 18, 1987 from Grady F. Herold, Sr., to Circle K Convenience
Stores, Inc., recorded in Volume 304, Page 171, Official Records of Cameron
County, Texas, leaving a residue of 13.752 acres, more or less.

### Tract II

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract
on Padre Island, being more particularly described as Tract 2 of the Inventory of the
Estate of Lillian A. Schwarz, Deceased, dated June 24, 1987, and recorded in Vol.
211, Page 309, Official Records of Cameron County, Texas.

3.      On or about May 27, 1986, Grady F. Herold, Sr., as Executor of the Estate of Lillian

A. Schwarz, filed an inheritance tax return with the Texas Comptroller.  Based on the inheritance

tax return filed, on the date of the decedent's death the gross value of the estate was $14,442,594.00.

The total tax, penalties and interest payable to the Texas Comptroller for inheritance tax was

$1,777,595.00.

4.      On August 6, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Cameron County, Texas. Said lien was properly filed pursuant to section 113.001 of the Texas Tax Code. (Attached hereto as Exhibit "A" and incorporated by reference is a copy of the Texas Comptroller's tax lien.) The lien filed by the State of Texas attached to all of the property of the estate. TEX. TAX CODE ANN. § 113.001 (Vernon 1992).

5.      The Estate of Lillian A. Schwarz made several payments toward the delinquent State inheritance tax, penalties and interest. Attached hereto as Exhibit "B" and incorporated by reference herein is the Texas Comptroller's Certificate of Tax Delinquency showing the remaining amount of inheritance tax, penalties and interest due is $1,089,436.55.

6.      The Texas Comptroller seeks to enforce its tax lien against the interest of Estate of Lillian A. Schwarz and the heirs of Lillian Schwarz in the property through the foreclosure and/or sale of the property and requests payment, in full, from the proceeds of the sale for the delinquent State inheritance tax.

7.      The Texas Comptroller seeks to enforce its tax lien against Legendary Inc.'s equitable interest in the property, if any.

### III.

8.      In accordance with TEX. GOV'T CODE ANN. 2107.006, the Attorney General is entitled to recover and collect reasonable attorney fees, investigative costs, and court costs on behalf of the State of Texas.

WHEREFORE the Texas Comptroller requests that the Court find the Estate of Lillian A.

-3-

Schwarz is indebted to the State of Texas for inheritance tax, in the amount of $1,089,436.55 as of

April 23, 2001, plus any other penalties and statutory interest which accrues after April 23, 2001;

that this Court order, adjudge and decree that the State of Texas has a valid superior lien against the

property and has priority of any interest the Estate of Lillian A. Schwarz and the heirs of Lillian

Schwarz may have and any interest Legendary, Inc. may have; that this Court award to the State of

Texas $1,089,436.55, plus any other penalties and statutory interest which has accrued since April

23, 2001, in satisfaction of its tax claim; that this Court award the State of Texas attorney's fees and

costs; and that the State of Texas have such further relief as this Court may deem proper.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

      I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing State of Texas' Cross-Claim has been mailed, certified, return receipt requested, on this the 8th day of _August_____, 2001 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

DAVID RANDELL