38

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States (IRS) §
versus §                    CIVIL ACTION B- 01-053
Herold, ET AL §
§
§

## Scheduling Order

1. Trial: Estimated time to try: __2-3__ days.          ☐ Bench    ☑ Jury

2. New parties must be joined by: __10/1/01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __11/15/01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __1/25/02__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by: __2/15/02__

7. Joint pretrial order is due: __5/16/02__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __5/30/02__

9. Jury Selection is set for 9:00 a.m. on: __6/3/02__

The case will remain on standby until tried.

Signed __August 13__, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.

Scheduling Order--Page Two

_____
Counsel for USA

_____
Counsel for Legendary, Inc.

_____
Counsel for GRADY HEROLD
& INDIVIDUAL DEFTS.

_____
Counsel for Cameron County & other
local property taxing authorities

_____
Counsel for

_____
Counsel for

_[signature]_
Counsel for  USA

_[signature]_
Counsel for  GRADY HEROLD
             + INDIVIDUAL DEFTS.

_[signature]_
Counsel for  State of Texas

_[signature]_
Counsel for  Legendary, Inc.

_[signature]_
Counsel for  Cameron County & other
             local property taxing authorities

_____
Counsel for  _____