39

United States District Court
Southern District of Texas
FILED
AUG 2 0 2001
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br>v.<br><br>GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); KATHRYN LOUISE HEROLD; RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES; SOUTHMOST UNION JR. COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; AND LEGENDARY, INC.<br>　　Defendants | § § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-01-053 |

### STATE OF TEXAS' FIRST AMENDED CROSS-CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE STATE OF TEXAS, Defendant, (hereinafter "State") appearing through the Office of the Attorney General of the State of Texas, and files this Cross-Claim against Grady F. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); Kathryn Louise Herold, Ruby L. Wells, and Doris Jean Shannon (hereinafter "heirs of Lillian Schwarz"); and Legendary, Inc., (collectively hereinafter "Cross-Defendants") and in support of such pleadings would show the following:

### I. Parties

1.　　The Cross-Defendants are Grady F. Herold, Sr., Individually and in his capacity as

-1-



Independent Executor of the Estate of Lillian A. Schwarz (deceased); Kathryn Louise Herold; Ruby L. Wells and Doris Jean Shannon, the individual defendants are heirs of Lillian A. Schwarz and who have an interest in the property; and Legendary, Inc. holds an interest in the property under a putative real estate contract. Cross Defendants will be served by delivery of a copy of this cross-claim to their attorney of record.

## II. Cause of Action

2. The State of Texas seeks to foreclose its inheritance tax lien upon two tracts of real property located on South Padre Island, Cameron County, Texas. The real property is described as follows:

Tract I

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract on Padre Island described as 14.5 acres, more or less, out of a 21.83-acre tract, in Tract 1 of the Inventory of the Estate of Lillian A. Schwarz, Deceased, dated June 24, 1987, and recorded in Vol. 211, Page 309, Official Records of Cameron County, Texas; SAVE AND EXCEPT, that certain 0.748-acre tract of land described in a deed dated December 18, 1987 from Grady F. Herold, Sr., to Circle K Convenience Stores, Inc., recorded in Volume 304, Page 171, Official Records of Cameron County, Texas, leaving a residue of 13.752 acres, more or less.

Tract II

All that certain lot, tract or parcel of land out of the Mrs. A. D. Dickinson, Jr., tract on Padre Island, being more particularly described as Tract 2 of the Inventory of the Estate of Lillian A. Schwarz, Deceased, dated June 24, 1987, and recorded in Vol. 211, Page 309, Official Records of Cameron County, Texas.

3. On or about May 27, 1986, Grady F. Herold, Sr., as Executor of the Estate of Lillian A. Schwarz, filed an inheritance tax return with the Texas Comptroller. Based on the inheritance tax return filed, on the date of the decedent's death the gross value of the estate was $14,442,594.00. The total tax, penalties and interest payable to the Texas Comptroller for inheritance tax was

$1,777,595.00.

4. On August 6, 1986, the Texas Comptroller filed a notice of tax lien against the property of the Estate of Lillian A. Schwarz in Cameron County, Texas. Said lien was properly filed pursuant to section 113.001 of the Texas Tax Code. (Attached hereto as Exhibit "A" and incorporated by reference is a copy of the Texas Comptroller's tax lien.) The lien filed by the State of Texas attached to all of the property of the estate. TEX. TAX CODE ANN. § 113.001 (Vernon 1992).

5. The Estate of Lillian A. Schwarz made several payments toward the delinquent State inheritance tax, penalties and interest. Attached hereto as Exhibit "B" and incorporated by reference herein is the Texas Comptroller's Certificate of Tax Delinquency showing the remaining amount of inheritance tax, penalties and interest due is $1,089,436.55.

6. The Texas Comptroller seeks to enforce its tax lien against the interest of Estate of Lillian A. Schwarz and the heirs of Lillian Schwarz in the property through the foreclosure and/or sale of the property and requests payment, in full, from the proceeds of the sale for the delinquent State inheritance tax.

7. The Texas Comptroller seeks to enforce its tax lien against Legendary Inc.'s equitable interest in the property, if any.

### III.

8. In accordance with TEX. GOV'T CODE ANN. 2107.006, the Attorney General is entitled to recover and collect reasonable attorney fees, investigative costs, and court costs on behalf of the State of Texas.

WHEREFORE the Texas Comptroller requests that the Court find the Estate of Lillian A.

Schwarz is indebted to the State of Texas for inheritance tax, in the amount of $1,089,436.55 as of April 23, 2001, plus any other penalties and statutory interest which accrues after April 23, 2001; that this Court order, adjudge and decree that the State of Texas has a valid superior lien against the property and has priority of any interest the Estate of Lillian A. Schwarz and the heirs of Lillian Schwarz may have and any interest Legendary, Inc. may have; that this Court award to the State of Texas $1,089,436.55, plus any other penalties and statutory interest which has accrued since April 23, 2001, in satisfaction of its tax claim; that this Court award the State of Texas attorney's fees and costs; and that the State of Texas have such further relief as this Court may deem proper.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

_____
DAVID RANDELL
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing State of Texas' First Amended Cross-Claim has been mailed, certified, return receipt requested, on this the 15th day of AUGUST, 2001 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

_____
DAVID RANDELL

00-205 (Rev. 11-81)

24933

VOL 82 PAGE 378

RESERVED FOR COMPTROLLER'S USE ONLY

OFFICIAL RECORDS

TO:
CAMERON COUNTY CLERK
PO BOX 2178
BROWNSVILLE, TEXAS 78520

COMPTROLLER'S FILE REFERENCE
TAXPAYER NUMBER
3. #9,947,593-6
031
FILE NO

IT IS REQUESTED THAT THE BELOW NOTICE OF STATE TAX LIEN BE RECORDED IN THE 'STATE TAX LIENS' BOOK AS PROVIDED BY TEX. TAX CODE ANN. ch. 113. WHEN RECORDED, PLEASE RETURN THE NOTICE TO: COMPTROLLER OF PUBLIC ACCOUNTS; CAPITOL STATION; AUSTIN, TX. 78774.

## NOTICE OF STATE TAX LIEN

ESTATE OF LILLIAN A. SCHWARZ

NOTICE IS HEREBY GIVEN THAT A LIEN EXISTS IN FAVOR OF THE STATE OF TEXAS FOR DELINQUENT TAXES FOR ____INHERITANCE TAX____ WHICH WERE DUE AND PAYABLE FOR THE PERIOD _____ THROUGH _____ IN THE SUM OF $1,777,595.00 WHICH IS TAX ONLY AND IS EXCLUSIVE OF PENALTY, INTEREST AND ANY OTHER CHARGE WHICH IS NOW DUE OR MAY ACCRUE AS IMPOSED BY CHAPTER __113__ ,TEX. TAX CODE ANN. OR ANY OTHER CHAPTER.

AS TO THE PERSON ABOVE, ALL TAXES, FINES, PENALTIES AND INTEREST DUE TO THE STATE OF TEXAS WERE ASSESSED BY STATUTE AS OF THE DATE THE TAX BECAME DUE AND PAYABLE AND WERE SECURED AS OF THE ASSESSMENT DATE BY STATUTORY LIEN UPON ALL REAL AND PERSONAL PROPERTY OWNED AND CLAIMED BY THE ABOVE NAMED PERSON.

THIS LIEN IS CUMULATIVE AND IN ADDITION TO ALL OTHER LIENS PROVIDED BY LAW AND IS SUFFICIENT TO COVER ALL TAXES OF THE SAME NATURE WHICH MAY ACCRUE SUBSEQUENT TO THE FILING OF THIS NOTICE.

THIS NOTICE IS MADE PURSUANT TO TEX. TAX CODE ANN. ch. 113 AND ALL OTHER RELEVANT PROVISIONS OF LAW.

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT THE CITY OF AUSTIN, TEXAS, THIS DAY OF __AUGUST 6, 1986__ .




BOB BULLOCK
COMPTROLLER OF PUBLIC ACCOUNTS

The State of Texas
County of _____

I hereby certify that the information shown herein concerning the filing and recording of the above Notice of State Tax Lien is true and correct and is in accordance with TEX. TAX CODE ANN. ch. 113.

Given under my hand and seal of office

sign here ▶ _____ , County clerk

by _____ , Deputy

and _____

| ENTER COUNTY FILING DATA HERE TIME, VOLUME AND PAGE NUMBER AS RECORDED FOR NOTICE OF STATE TAX LIEN | |
|---|---|
| Time | Date 8. ■ |
| Volume 9. ■ | Page 10. ■ |

EXHIBIT A

For Sales Tax assistance please contact your Texas State Comptroller's Local Office
You may also call Area Code 512/475-2206 OR call 1-800-252-5555 toll free from anywhere in Texas



00-328
(Rev. 12-98/3)

# TEXAS CERTIFICATE TO ATTORNEY GENERAL OF TAX DELINQUENCY – INHERITANCE/GST TAX

| Taxpayer number | | Certification date |
|---|---|---|
| 2-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-3 | FILE NO. 9,947,593-6 | 04/23/2001 |

Taxpayer name and mailing address

Cullen R. Looney
Attorney at Law
Post Office Box 118
Edenburg, Texas  78540

EXECUTOR

Serviceable address:  Grady F. Herold
Post Office Box 393
Mercedes, Texas  78570

In the matter of:  Estate of Lillian A. Schwarz

| | |
|---|---|
| 441,332.15 | TAX |
| 44,133.22 | PENALTY |
| 0.00 | ADD'L PENALTY |
| 603,971.18 | INTEREST THRU 04/23/2001 |
| 1,089,436.55 | TOTAL |

Liability period(s):    Beginning            Ending

through

DATE OF DEATH:          08/24/1985

INTEREST PER DAY:       145.10

AMOUNT OF DELINQUENCY    $1,089,436.55   Plus Lien Fees

I, CAROLE KEETON RYLANDER, Comptroller of Public Accounts of the State of Texas, certify that the taxpayer named above is delinquent in the payment of tax, penalties and interest in the amount and for the period(s) shown in this certificate. This certification is given under my hand and seal of office on the certification date in the City of Austin.

*Carole Keeton Rylander*
CAROLE KEETON RYLANDER
Comptroller of Public Accounts
of the State of Texas

EXHIBIT B

