

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually | § | |
| and in his capacity as Independent Executor | § | |
| of the Estate of Lillian A. Schwarz | § | |
| (Deceased), et al. | § | |
| | § | |
| Defendants. | § | |

**ANSWER OF DEFENDANTS GRADY F. HEROLD, SR., KATHRYN LOUISE
HEROLD, PEGGY L. HORN, RUBY L. WELLS AND DORIS JEAN SHANNON
TO THE STATE OF TEXAS' FIRST AMENDED CROSS-CLAIM**

Defendants, Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and

Doris Jean Shannon ("the individual defendants"), by their undersigned attorneys, answer the State

of Texas' First Amended Cross-claim as follows:

1.     Admit the allegations contained in paragraph 1 of the Cross-claim, except deny that the

individual defendants have any liability in their individual capacities.

2.     Presently lack knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph 2 of the Cross-claim, except admit that the property described

therein is located on South Padre Island.

3.     Admit the allegations contained in the first sentence of paragraph 3 of the Cross-claim; deny

the remaining allegations contained in paragraph 3, except admit that the amounts recited therein

were reported on the return.

4.      Admit the allegations contained in paragraph 4 of the Cross-claim, except deny that the lien as filed accurately states the liability of the Estate for inheritance taxes.

5.      Deny the allegations contained in paragraph 5 of the Cross-claim, except admit that the Estate made several payments toward the inheritance tax.

6.      Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Cross-claim.

7.      Presently lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Cross-claim.

8.      Deny the allegations contained in paragraph 8 of the Cross-claim.

        WHEREFORE, Defendants deny any personal liability and pray that the State of Texas' First Amended Cross-Claim be dismissed with prejudice.

                                        LAWRENCE SHERLOCK
                                        State Bar No. 18240720
                                        U.S. District Court No. 7454
                                        Chamberlain, Hrdlicka, White, Williams & Martin
                                        1200 Smith Street, Suite 1400
                                        Houston, Texas  77002
                                        (713) 658-1818
                                        (713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
        WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX  77002

2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has this 24th day of August, 2001, been made by mailing a copy thereof to:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

David Garza
P. O. Box 2025
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, L.L.P.
P. O. Box 17428
Austin, Texas 78760

David Randell
Assistant Attorney General
Bankruptcy and Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

LAWRENCE SHERLOCK

328564 1
001461-000000 8-24-2001

3