# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**AUG 2 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

*United States*

Vs.

*Grady F. Harold, Sr.*
*Et. Al*

## ACTION NO. B-01-053

### ORDER STRIKING FILINGS

BE IT REMEMBERED, that on _8/28/01_ , the Court STRUCK the filing

entitled _Motion For Summary Judgment_

_#40_____because it did not comply with one or

more of the following Local Rules:

1._____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2._✓___ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3._____ One or more of the following are not included beneath the attorney's signature:
    (a)    state bar number; or
    (b)    Southern District of Texas Federal Bar Number; or
    (c)    office address including zip code; or
    (d)    telephone and facsimile numbers with area codes (LR 11.3(A)).

4._____ A copy of the filing was not provided (LR 5.2).

5._____ No certificate of service, or an explanation why service is not required (LR 5.4,CrLR 12.4).

6._____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.l (D),CrLR12.2).

7._____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2,CrLR 12.2).

8._____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas , this _28th_ day of _August, 2001_ .

**Hilda G. Tagle**
**United States District Judge**