

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL NO. B-01-053 (Unopposed Motion) |
| GRADY F. HEROLD, SR., et. al. | § § | |
| Defendants. | § | |

**United States District Court**
**Southern District of Texas**
**FILED**

**SEP 2 6 2001**

**Michael N. Milby**
**Clerk of Court**

### MOTION OF GRADY F. HEROLD, SR., ET. AL. FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF CAMERON COUNTY, TEXAS, ET AL.

This motion is filed by Grady F. Herold, Sr., Katherine Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon ("the Individual Defendants"), seeking an order to extend the time within which to respond to the Motion for Summary Judgment of Cameron County, Texas and the other local taxing jurisdictions served on September 4, 2001. As grounds for their motion, the Individual Defendants would show:

1. This case was commenced on April 2, 2001 by the United States to foreclose federal tax liens on property owned by the Estate of Lillian A. Schwarz, the executor of which is Defendant Grady F. Herold, Sr.

2. Included as defendants in the action are Cameron County, Texas and other local taxing jurisdictions who hold liens for ad valorem property taxes that are superior to the federal tax liens. These local taxing jurisdictions filed a Motion for Summary Judgment seeking a money

judgment for the taxes, penalties, interest and other charges claimed by them in their cross claim and seeking foreclosure of their associated tax liens.

3. The Individual Defendants are currently negotiating with Legendary, Inc. and with the local taxing jurisdictions to pay off the ad valorem tax liens. If the negotiations are successful, the Individual Defendants foresee that the claims of the local taxing jurisdictions will be satisfied and they can be dismissed as parties from the case.

4. In order to give the parties more time to continue these negotiations, the individual Defendants request an extension until October 15, 2001, to respond to the Motion for Summary Judgment. Counsel for the Individual Defendants has contacted counsel for the local taxing jurisdictions regarding this motion, and counsel for the local taxing jurisdictions states that they do not oppose the granting of this motion for extension.

WHEREFORE, the Individual Defendants pray that their motion be granted and that the time for responding to the Motion for Summary Judgment be extended until October 15, 2001.

Respectfully submitted,

_____
LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
(713) 658-2553 (facsimile)

2

ClibPDF - www.fastio.com

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX 77002

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the Foregoing Motion of Grady F. Herold, Sr., Et. Al. For Extension of Time to Respond to Motion For Summary Judgment of Cameron County, Texas, et al. has this 25th day of September, 2001, been made by mailing a copy thereof to:

| | |
|---|---|
| Manuel P. Lena, Jr. | David Garza |
| Andrew Sobotka | P. O. Box 2025 |
| U.S. Department of Justice | Brownsville, TX 78522 |
| Tax Division | |
| 717 N. Harwood, Suite 400 | |
| Dallas, Texas 75201 | |
| | |
| Kent M. Rider | David Randell |
| Linebarger Heard Goggan Blair | Assistant Attorney General |
| Graham Peña & Sampson, L.L.P. | Bankruptcy and Collections Division |
| P. O. Box 17428 | P. O. Box 12548 |
| Austin, Texas 78760 | Austin, Texas 78711-2548 |

                                                          LAWRENCE SHERLOCK

333552.1
001461-000000.9/25/2001