United States District Court
Southern District of Texas
FILED

NOV 0 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| Plaintiff | § | |
| v. | § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., | § | |
| Defendants | § | |

## UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINES

The United States on behalf of its agency the Internal Revenue Service, moves WITHOUT OPPOSITION to extend the deadlines for designation of expert reports and for discovery, and states as follows:

1. Currently, the Scheduling Order of August 15, 2001, set November 15, 2001 as the deadline for the United States to name its expert and furnish a report; discovery must be completed by January 25, 2002.

2. Vigorous settlement discussions have ensued in earnest. A deadline of November 29, 2001 has been set by one of the parties for settlement; otherwise, formal discovery must commence.

3. Accordingly, the United States moves the Court to extend its deadline from November 15, 2001, to December 21, 2001 to designate an expert and to provide a report. That extension also triggers a corresponding one week delay in the discovery deadline to January 31, 2002. Critically, these new deadlines will not impact the remaining deadlines for dispositive motions, pretrial order, docket call or trial.

4. By gaining an extension, the parties seek to preserve resources in the event that settlement is reached. In particular, the United States seeks to avoid the expense of hiring an expert until the fate of the settlement proposals is known on November 29, 2001. In addition, the requested deadline for discovery must be reset to allow the defendants their 30 days to depose the

government's expert, to name their own experts, and allow one week for the government to depose defendants' experts.

    5.    All parties have agreed to the extensions requested in this motion.

WHEREFORE, the United States moves the Court to grant this motion and to order that Plaintiff's expert be named with a report furnished on December 21, 2001, and that discovery must be completed by January 31, 2002.

*/s/ Manuel P. Lena Jr.*
**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## Certificate of Conference

On October 30 and 31st, 2001, I hereby certify that I contacted counsel for the parties: **Larry Sherlock** representing Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon( "the Estate"), **Kent Rider** representing Cameron County, Texas, Laguna Madre Water District, Cameron County Emergency Services District, Southmost Union College District, Point Isabel Independent School District, Town of South Padre Island, and South Texas Independent School District ("Local Property Tax Authorities"), **David Randell** representing the State of Texas, and **David Garza** representing Legendary Inc. Each of them indicated that they agreed with and did not oppose this motion.

*/s/ Manuel P. Lena Jr.*
Manuel P. Lena Jr.

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on October 31, 2001, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

_____
Manuel P. Lena, Jr.