Case 1:01-cv-00053   Document 46   Filed in TXSD on 11/05/2001   Page 1 of 6

41

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | § § § § | |
| VS. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased), et al,<br>    Defendants | § § § § | |
| CAMERON COUNTY, TEXAS; LAGUNA<br>MADRE WATER DISTRICT; CAMERON<br>COUNTY EMERGENCY SERVICES DISTRICT;<br>SOUTHMOST UNION JUNIOR COLLEGE<br>DISTRICT; POINT ISABEL I.S.D.; TOWN<br>OF SOUTH PADRE ISLAND; SOUTH<br>TEXAS I.S.D.,<br>    Plaintiffs in Counterclaim and Cross-Claim | § § § § § § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA,<br>GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased),<br>KATHRYN L. HEROLD, PEGGY L. HORN;<br>RUBY L. WELLS; DORIS JEAN SHANNON;<br>THE STATE OF TEXAS; and<br>LEGENDARY, INC.,<br>    Defendants to Counterclaim and<br>    Cross-Claim | § § § § § § § § § § | |

### UNOPPOSED MOTION FOR SEVERANCE OF
### CLAIMS OF CAMERON COUNTY, TEXAS, AND
### POINT ISABEL INDEPENDENT SCHOOL DISTRICT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services District, Southmost Union Junior College District and the South Texas Independent School District, and Point Isabel Independent School District, for itself and on behalf of the Laguna

1

Madre Water District and the Town of South Padre Island, (collectively the "Taxing Units") move for entry of an order which severs their claims and causes of action against (a) Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, (the "Estate"), (b) Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs"), (c) the United States of America, (d) the State of Texas, and (e) Legendary, Inc. from the claims and causes of action asserted in this case by (a) the United States of America against all other parties and (b) by the State of Texas against all other parties.

1.  The Taxing Units seek to have their claims against the Estate and the Heirs severed because they have reached an agreement with the Estate and the Heirs as described in the letter which is attached hereto as Exhibit "A" and is incorporated herein for all purposes.

2.  In brief, the parties have agreed to abate a decision on the Taxing Units pending motion for summary judgment in order to allow the Estate time to close a sale of the real property which is the subject of this suit. In return for the Taxing Units agreeing to that abatement the Estate has agreed that the Taxing Units can take a judgment which allows for foreclosure of the ad valorem tax liens if the taxes are not paid by November 29, 2001. In order for the Taxing Units to be able to foreclose their liens their claims and causes of action must be severed from those of the other parties in order to create a final judgment. "Any claim against a party may be severed and proceeded with separately." FED.R.CIV.P. 21; *See, United States v. O'Neil*, 709 F.2d 361, 367-368 (3rd Cir. 1998); *Allied Elevator, Inc. v. East Texas State* Bank, 965 F.2d 34, 36 (5th Cir. 1992).

3.  A judgment in favor of the Taxing Units against the United States, the State of Texas, and Legendary, Inc. is appropriate under FED.R.CIV.P. 54(c) because those three parties

have not opposed the Taxing Units' motion for summary judgment and the time for filing responses to that motion have passed.

WHEREFORE, premises considered, the Taxing Units pray for entry of an order severing their claims and causes of action, and for such additional relief as may be appropriate.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: /s/ Kent M. Rider
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF CONFERENCE

The relief requested by this motion has been discussed with the attorneys for all other parties in this case and counsel is authorized to represent that there is no opposition to this motion.

/s/ Kent M. Rider
KENT M. RIDER

3

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing motion were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on October 31, 2001:

Mr. Andrew L. Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas  75201

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas  78711-2548

ATTORNEY FOR STATE OF TEXAS

Mr. David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas  78522

ATTORNEY FOR LEGENDARY, INC.

_____
KENT M. RIDER

*Cameron\Herold\Severance motion-order*
*October 31, 2001*

4

<div style="text-align:center">

**LINEBARGER GOGGAN BLAIR PEÑA & SAMPSON, LLP**
ATTORNEYS AT LAW
P.O. BOX 17428 (78760)
1949 SOUTH I.H. 35 (78741)
AUSTIN, TEXAS

512/447-6675
FAX 512/443-3494

</div>

*Kent M. Rider*

October 10, 2001

**FACSIMILE TRANSMISSION**
**TO: (713) 658-2553**

Mr. Larry Sherlock
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Ste. 1400
Houston, Texas 77002

RE:   Civil No. B-01-053; *USA V. Herold, et al* and related delinquent tax suit pending in Cameron County, Texas

Dear Larry:

    This letter will summarize the agreements made today regarding the two cases to which reference is made above. The bases for these agreements are as follows: (1) I have filed a motion for summary judgment in the federal suit, and you have a pending but unopposed motion to extend the response date to October 15; (2) Thelma Banduch has a motion for summary judgment pending in the state suit with a submission date of October 11; (3) there is an October 18 trial date in the state suit; and (4) your clients need additional time in order to try to close a sale of the property which is the subject of both suits.

    Thelma and I will agree to postpone the present deadlines in the two cases in return for your clients agreeing to a "drop-dead" order which will permit Thelma and I to take a judgment in either the state or federal case, at our choosing, if the full amount of taxes, interest and penalties are not paid by November 29, 2001. I contemplate that this order will consist of an agreed judgment in favor of the taxing units which will be approved as to form and can be presented to the appropriate court on or after November 29 if the taxes are not paid in full by that date. If full payment is made before that date, then the two cases will be dismissed with prejudice.

    November 29 is selected as the deadline because that is the soonest that Thelma can obtain a new trial setting for the state suit if the current October 18 setting is passed. November 29 is the last date to which she believes her case can be reset because of the age of that case and the attitude of the state courts in Cameron County toward repeated delays in disposing of cases. In other words, there can be no expectation by your clients of any further postponement of either of these cases if the November 29 deadline is missed.


EXHIBIT A

Mr. Larry Sherlock
October 10, 2001
Page 2

    If your clients are agreeable to these terms, please so indicate by signing this letter and faxing a signed copy back to me. I will then forward it to Thelma, who will inform the state court of it as the basis for resetting her case. I will also forward a copy to the attorneys for the I.R.S. and the State of Texas in the two cases so they will be aware of this agreement. I will draft and circulate a judgment in the next few days.

    With best personal regards.

                                    Very sincerely,

                                    Kent M. Rider

KMR/ss

Cc:   Ms. Thelma Banduch
      In-house
      (via intranet)

AGREED:

_____
Larry Sherlock, attorney for Defendants
GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Cameron\Herold\Sherlock ltr-1