47

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **United States of America,** | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-053 |
| **Grady F. Herold, Sr., et al.,** | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 5, 2001, the Court considered the United States' Unopposed Motion to Extend Deadlines [Dkt. No. 145]. As the parties are currently engaged in settlement discussions, and in order to facilitate these discussions, the Court hereby **GRANTS** the Motion. Accordingly, it is

**ORDERED** that the Scheduling Order [Dkt. No. 38] is amended such that the deadline for designating an expert and provide a report (¶ 3) is moved from November 15, 2001, to December 21, 2001 and that the discovery deadline (¶ 5) is extended to January 31, 2002.

DONE at Brownsville, Texas, this 6 day of November 2001.

Hilda G. Tagle
United States District Judge