4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | § § § | |
| VS. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (Deceased), et al,<br>    Defendants | § § § § § | |
| CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES DISTRICT; SOUTHMOST UNION JUNIOR COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.,<br>    Plaintiffs in Counterclaim and Cross-Claim | § § § § § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA, GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (Deceased), KATHRYN L. HEROLD, PEGGY L. HORN; RUBY L. WELLS; DORIS JEAN SHANNON; THE STATE OF TEXAS; and LEGENDARY, INC.,<br>    Defendants to Counterclaim and Cross-Claim | § § § § § § § § § § | |

**UNOPPOSED MOTION TO ENTER AGREED
FINAL JUDGMENT IN FAVOR OF CAMERON COUNTY, TEXAS,
AND POINT ISABEL INDEPENDENT SCHOOL DISTRICT**

TO THE HONORABLE UNITES STATES DISTRICT COURT:

Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services District, Southmost Union Junior College District and the South Texas Independent School District, and Point Isabel Independent School District, for itself and on behalf of the Laguna

1

Madre Water District and the Town of South Padre Island, (collectively the "Taxing Units"), Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs"), the United States of America, the State of Texas, and Legendary, Inc. have reached an agreement regarding the claims being asserted by the Taxing Units. By this motion they ask the Court to enter the attached Agreed Final Judgment. The grounds for the requested relief are as follows.

1. This suit was filed by the United States of America on behalf of the Internal Revenue Service, seeking to recover estate taxes allegedly owed by the Schwarz Estate. The Plaintiff named the State of Texas and the Taxing Units as defendants because they each assert claims against the Estate which are secured by statutory liens on property in the Estate and located in Cameron County, Texas.

2. The Taxing Units have filed appropriate pleadings in which they seek a judgment in their favor. Part of the relief sought is a ruling that the liens which secure the ad valorem tax claims are superior to the claims of the Internal Revenue Service, the State of Texas, and Legendary, Inc., which also may have an interest in the real property which the Estate owns in Cameron County, Texas.

3. The Taxing Units have filed a motion for summary judgment in this case and in a companion case bearing Cause No. 1999-10-4135-D on the docket of the 103rd Judicial District Court of Cameron County, Texas, styled *State of Texas, County of Cameron, et al vs. Grady F. Herold, Sr., et al.*

4. In order to provide the Estate a final opportunity to close a sale of the Cameron County property to Legendary, Inc., the Taxing Units agreed to abate proceedings on those summary judgments, provided the Estate agreed to the entry of a final judgment which would

2

allow the Taxing Units to foreclose their liens if the sale of the property was not closed by November 29, 2001. The sale did not close by that date and there is no assurance that it will ever close.

5. The attached original Agreed Judgment has been approved as to form and substance by the attorneys for all parties in this case.

WHEREFORE, premises considered, the Taxing Units pray that the Court sign the final judgment which is attached to this Motion and award such additional relief as may be proper.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR PEÑA
& SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: /s/ Kent M. Rider
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

**CERTIFICATE OF CONFERENCE**

Counsel for all other parties have agreed to the relief sought by this motion by giving their approval to the attached Judgment.

3

## **CERTIFICATE OF SERVICE**

True and correct copies of the foregoing motion were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on December 3, 2001:

| | |
|---|---|
| Mr. Andrew L. Sobotka | #7001 0360 0004 7938 8064 |
| Mr. Manuel P. Lena, Jr. | |
| Attorney, Tax Division | |
| U.S. Department of Justice | |
| 717 N. Harwood, Ste. 400 | |
| Dallas, Texas 75201 | |

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Mr. Larry Sherlock | #7001 0360 0004 7938 8071 |
| Chamberlain Hrdlicka White Williams & Martin, A P.P.C. | |
| 1200 Smith Street, Ste. 1400 | |
| Houston, Texas 77002-4401 | |

ATTORNEYS FOR GRADY F. HEROLD, SR., KATHRYN LOUISE HEROLD, PEGGY L. HORN, RUBY L. WELLS and DORIS JEAN SHANNON

| | |
|---|---|
| Mr. David Randell | #7001 0360 0004 7938 8088 |
| Assistant Attorney General | |
| Bankruptcy & Collections Division | |
| P.O. Box 12548 | |
| Austin, Texas 78711-2548 | |

ATTORNEY FOR STATE OF TEXAS

| | |
|---|---|
| Mr. David C. Garza | #7001 0360 0004 7938 8101 |
| Garza & Garza, L.L.P. | |
| P.O. Box 2025 | |
| Brownsville, Texas 78522 | |

ATTORNEY FOR LEGENDARY, INC.

_____
KENT M. RIDER

*Cameron\Herold\Motion for judgment*
*December 3, 2001*

4