50

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff § | |
| v. § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., § | |
| Defendants § | |

### United States' Unopposed Motion for Leave to Amend Complaint and to Extend Certain Deadlines

The United States, on behalf of its agency, the Internal Revenue Service, WITHOUT OPPOSITION, moves the Court to enter an order:

   a. granting the United States leave to amend its complaint to add Legendary SPI, Inc., as a party to this case and to foreclose its tax liens on any rights the Estate may have with respect to the Property (as defined below), including any rights under the November 16, 2001, Purchase and Sale Agreement or rights of redemption;

   b. extending the deadline for designation of the United States' expert to January 15, 2002; and

   c. extending the deadline to complete discovery to March 30, 2002.

In support hereof, the United States respectfully shows the following:

1. As reflected in the attached Certificate of Conference, counsel for all parties have stated that they do not oppose the relief sought by this motion. These new deadlines will not impact the remaining deadlines for, or dates of, dispositive motions, pretrial order, docket call, or trial.

2. On November 16, 2001, the Estate of Lillian Schwarz, and Legendary, SPI, Inc., entered into a Purchase and Sale Agreement concerning the real estate on South Padre Island (the Property) which is the subject of this foreclosure suit. This agreement contemplates Legendary

SPI, Inc., will purchase the existing ad valorem tax liens against the Property and, if several conditions are met, close a sale of the Property within the next 18 months.

3. Although Legendary Inc., is currently a party to this litigation, <u>Legendary SPI, Inc.</u>, is not a party to this litigation. However, by virtue of the November 16, 2001, Purchase and Sale Agreement, Legendary SPI, Inc., has acquired a contractual interest in the Property and will eventually have a lien interest in the Property. Therefore, the participation of Legendary SPI, Inc., in this case is necessary for the complete adjudication and foreclosure of all interests in the Property. Furthermore, if Legendary SPI, Inc., actually purchases the Property or forecloses the ad valorem liens against the Property, the nature of the Estate's rights arising from the Property will be converted into rights in proceeds of the sale of the Property, contractual rights for payment of funds arising under the November 16, 2001, Purchase and Sale Agreement, or rights of redemption. Foreclosure of the federal tax liens against these new rights may become necessary in order to protect the United States' interest in the Property. Accordingly, the United States seeks leave to amend its complaint to add Legendary SPI, Inc., as a party to this case and, if necessary, to foreclose its liens against any other rights the Estate may have with respect to the Property, including any rights under the November 16, 2001, Purchase and Sale Agreement or redemption rights. A copy of the United States' First Amended Complaint is attached.[1]

4. The current scheduling order, as amended, sets December 21, 2001, as the deadline for the United States to designate its experts, and January 30, 2002, as the deadline to complete discovery. Depending on the answers of the new party, the United States, or other

---

[1] The differences between the First Amended Complaint and the Original Complaint are as follows: (A) the elimination of Cameron County Appraisal District pursuant to the Court's Order dated June 19, 2001; (B) the addition of new paragraphs 10 and 27; (C) the renumbering of old paragraphs 10 through 25 as 11 through 26; and (D) the addition of the second sentence in the Prayer.

parties, may need to hire different experts or utilize different discovery.

5. Accordingly, the United States believes that it would be in the interest of all parties to extend the deadline for designation of its experts to January 15, 2002, and for the completion of discovery to March 30, 2002.

## Prayer

WHEREFORE, the United States moves the Court to enter and order:

a. granting the United States leave to amend its complaint, to add, Legendary SPI, Inc., as a party to this case and to foreclose its tax liens on any rights the Estate may have with respect to the Property, including any rights under the November 16, 2001, Purchase and Sale Agreement or rights of redemption;

b. extending the deadline for designation of the United States' expert to January 15, 2002; and

c. extending the deadline to complete discovery to March 30, 2002.

**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## Certificate of Conference

I hereby certify that on December 18, 2001, and December 19, 2001, I contacted counsel for the parties: **Larry Sherlock,** representing Grady F. Herold, Sr., Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon ("the Estate"), **Kent Rider,** representing Cameron County, Texas, Laguna Madre Water District, Cameron County Emergency Services District, Southmost Union College District, Point Isabel Independent School District, Town of South Padre Island, and South Texas Independent School District ("Local Property Tax Authorities"), **David Randell,** representing the State of Texas, and **David Garza,** representing Legendary Inc. Each of them indicated that they did not oppose this motion.

Andrew L. Sobotka

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on December 19, 2001, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

_____
Andrew L. Sobotka