United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| v. | § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., | § | |
| Defendants | § | |

## UNITED STATES' DESIGNATION OF EXPERT WITNESS

The United States designates the following person as its expert witness in the above captioned case.

Mr. Gary R. Miller
Blair T. Stouffer & Associates, Inc.
525 Busby Dr.
San Antonio, TX 78209

A copy of Mr. Miller's credentials and his initial report dated March 8, 1988, are being served on all parties along with this designation.

**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on January 9, 2002, by mailing a copy thereof to:

| | |
|---|---|
| Larry Sherlock<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4401 | Kent M. Rider<br>Linebarger Heard<br>P.O. Box 17428<br>Austin, Texas 78760 |
| David C. Garza<br>Garza & Garza, LLP<br>P.O. Box 2025<br>680 East St. Charles, Suite 300<br>Brownsville, TX 78522 | David Randell<br>Asst. Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

_____
Andrew L. Sobotka