55

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et. al. | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby
Clerk of Court

### MOTION OF DEFENDANTS GRADY F. HEROLD, SR., ET. AL.
### FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants, Grady F. Herold, Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon ("the Estate and Heirs"), move the Court to enter an order postponing two depositions noticed by the Plaintiff, and all other depositions, pending decision by the Court on Defendants' motion to amend the scheduling order in this case. As grounds for this motion, Defendants would show:

1. This is an action by the United States to foreclose federal estate tax liens on property owned by the Estate of Lillian Schwarz on South Padre Island.

2. On August 15, 2001, the Court entered a scheduling order which, with subsequent amendments, calls for the close of discovery on March 30, 2002.

3. On February 1, 2002, the Estate and the Heirs filed a motion requesting extension of the current deadlines. The grounds for this extension are that the Estate has signed a contract with Defendant Legendary, Inc. for Legendary to purchase the property at a price that will likely satisfy the claims of all parties. The extension is requested in order to allow the sale of the property under

this contract to be completed, saving the parties and the Court the time and expense of conducting a trial.

4. On February 8, 2002, the government noticed the depositions of Grady F. Herold, executor of the Estate, and of Cullen Looney, a lawyer who has represented the Estate in the past. The depositions are noticed for February 20 and February 25, respectively.

5. In accord with their prior motion, the Estate and Heirs request that these depositions and all other depositions be postponed along with the current scheduling deadlines.

6. Counsel for the Estate and Heirs has discussed this motion with government counsel. Government counsel stated that the United States will oppose the motion on the same grounds that it opposes the motion to amend the scheduling order; but the government will agree to suspend the taking of the noticed depositions pending disposition of this motion. Counsel for the Estate and Heirs has not discussed the motion with other counsel and assumes their positions will be the same as the positions taken with respect to the motion to amend the scheduling order.

WHEREFORE, the Estate and Heirs pray that their motion be granted, and that the noticed depositions, as well as all other depositions, be continued in accordance with an amended scheduling order entered pursuant to the prior motion to amend the scheduling order.

Respectfully submitted,

/s/ Lawrence Sherlock

LAWRENCE SHERLOCK
State Bar No. 18240720
U.S. District Court No. 7454
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 658-1818
(713) 658-2553 (facsimile)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, TX 77002

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that service of the foregoing Motion of Defendants Grady F. Herold, Sr., et. al. For Protective Order has this 14th day of February, 2002, been made by mailing a copy and faxing a copy thereof to:

| | |
|---|---|
| Andrew Sobotka<br>U.S. Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201 | David Garza<br>P. O. Box 2025<br>Brownsville, TX 78522 |
| Kent M. Rider<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, L.L.P.<br>P. O. Box 17428<br>Austin, Texas 78760 | David Randell<br>Assistant Attorney General<br>Bankruptcy and Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 |

*Lawrence Sherlock*
LAWRENCE SHERLOCK

354862.1
001461-000000:9/25/2001