IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-053 |
| | § | |
| **Grady F. Herold, Sr., et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on February 22, 2002, the Court considered the Motion of Defendants Grady F. Herold, Sr., et al., for Protective Order [Dkt. No 55]. The Motion is **DENIED**.

DONE at Brownsville, Texas, this 22nd day of February 2002.

Hilda G. Tagle
United States District Judge