$5^c_1$

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAR 1 9 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | § § § | |
| VS. | § § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased), et al,<br>　　　Defendants | § § § § | |

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS; LAGUNA<br>MADRE WATER DISTRICT; CAMERON<br>COUNTY EMERGENCY SERVICES DISTRICT;<br>SOUTHMOST UNION JUNIOR COLLEGE<br>DISTRICT; POINT ISABEL I.S.D.; TOWN<br>OF SOUTH PADRE ISLAND; SOUTH<br>TEXAS I.S.D.,<br>　　　Plaintiffs in Counterclaim and Cross-Claim | § § § § § § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA,<br>GRADY F. HEROLD, SR., Individually and in<br>his capacity as Independent Executor of the<br>Estate of Lillian A. Schwarz (Deceased),<br>KATHRYN L. HEROLD, PEGGY L. HORN;<br>RUBY L. WELLS; DORIS JEAN SHANNON;<br>THE STATE OF TEXAS; and<br>LEGENDARY, INC.,<br>　　　Defendants to Counterclaim and<br>　　　Cross-Claim | § § § § § § § § § § § | |

## AGREED FINAL JUDGMENT
## IN FAVOR OF CAMERON COUNTY, TEXAS, AND
## POINT ISABEL INDEPENDENT SCHOOL DISTRICT

Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services

District, Southmost Union Junior College District and the South Texas Independent School

District, and Point Isabel Independent School District, for itself and on behalf of the Laguna

Madre Water District and the Town of South Padre Island, (collectively the "Taxing Units") and

1

Grady R. Herold, Sr., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, (the "Estate") and Kathryn L. Herold, Peggy L. Horn, Ruby L. Wells, Doris Jean Shannon, (collectively "the Heirs") have reached an agreement and have asked the Court to enter this Agreed Final Judgment.

The Taxing Units have also moved for entry of a summary judgment against the United States of America, the State of Texas, and Legendary, Inc. The time for responding to that motion has passed and none of those parties has filed a response in opposition to the relief sought by that motion. The court finds that the Taxing Units are entitled to the relief sought by that motion as a matter of law as there is no disputed material issue of fact relating to that relief.

It is, therefore, ORDERED, ADJUDGED and DECREED as follows:

1.      Judgment is awarded against the Defendant Grady R. Herold, Sr., as Independent Executor of the Estate of Lillian A. Schwarz, Deceased, in the following amounts of delinquent ad valorem taxes:

A.      To Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services District, Southmost Union Junior College District and the South Texas Independent School District:

(1.)    Tax Account No. 67/6820/0010/0030/00; 13.5 acres out of Tract I as described in the Inventory, Appraisement and List of Claims filed by the Estate of Lillian A. Schwarz, Deceased, recorded in Volume 392, Page 485, Official Records of Hidalgo County, Texas:

| | |
|------|------------|
| 1996 | $12,259.20 |
| 1997 | $12,385.08 |
| 1998 | $13,519.18 |
| 1999 | $13,407.01 |
| 2000 | $14,216.21 |
| TOTAL | $65,786.68 |

Adjudged Market Value:          $2,763,420

2

(2.)   Tax Account No. 67/6820/0010/0030/01; 9.95 acres described as Tract II in the Inventory, Appraisement and List of Claims filed by the Estate of Lillian A. Schwarz, Deceased, recorded in Volume 392, Page 485, Official Records of Hidalgo County, Texas:

| | |
|---|---|
| 1996 | $ 706.87 |
| 1997 | $ 712.79 |
| 1998 | $ 766.16 |
| 1999 | $ 760.88 |
| 2000 | $ 798.96 |
| TOTAL | $3,745.66 |

Adjudged Market Value          $130,030

B.   To Point Isabel Independent School District, for itself and on behalf of the Laguna Madre Water District and the Town of South Padre Island:

(1.)   Tax Account No. 67-6820-0010-0030-00, as described above:

| | |
|---|---|
| 1996 | $ 47,133.17 |
| 1997 | $ 46,894.41 |
| 1998 | $ 47,840.61 |
| 1999 | $ 48,081.57 |
| 2000 | $ 49,060.93 |
| TOTAL | $239,010.69 |

(2.)   Tax Account No. 67-6820-0010-0030-01, as described above:

| | |
|---|---|
| 1997 | $1,870.72 |
| 1998 | $1,902.47 |
| 1999 | $1,926.81 |
| 2000 | $1,972.89 |
| TOTAL | $7,672.89 |

2.   It is further ORDERED, ADJUDGED and DECREED that in addition to each of the aforesaid amounts of taxes there is awarded the full amount of pre-judgment interest and penalties as provided by TEX.PROP.TAX CODE ANN. §33.01(a) and (c) and §33.07(a), and those amounts of taxes shall continue to accrue the statutory interest and penalties allowed by TEX.PROP.TAX CODE ANN. §33.01(a) and (c) and §33.07(a) until paid.

3.    It is further ORDERED, ADJUDGED and DECREED that Cameron County, Texas, Cameron County Emergency Services District, Southmost Union Junior College District, South Texas Independent School District, Point Isabel Independent School District, Laguna Madre Water District and the Town of South Padre Island, shall also recover judgment for all costs of suit and sale now or hereafter incurred. The proceeds of any foreclosure sale conducted pursuant to this Judgment shall be applied first to the payment of all accrued costs of suit and sale and any residue shall be distributed as provided by law.

4.    It is further ORDERED, ADJUDGED and DECREED as follows:

A.    The aforesaid amounts of taxes, penalties, interest and costs are secured by liens on the above-described property in favor of the Taxing Units, and those liens are prior and superior to all interests in the above-described property which are claimed by all other parties in this case by virtue of TEX.PROP.TAX CODE ANN. §32.05.

B.    The Taxing Units shall have foreclosure of their tax liens on the above-described property as against the Plaintiff, the Defendants, the State of Texas and Legendary, Inc. and against any person claiming under the Plaintiff, the Defendants, the State of Texas or Legendary, Inc. by any right acquired during the pendency of this suit.

C.    An order of sale shall be issued by the Clerk of this Court directed to any United States Marshal or to any Sheriff or any Constable in Cameron County, commanding such officer to seize, levy upon, and advertise the sale of the above described property, and to sell it to the highest bidder for cash, as under execution, such order to have all the force and effect of a Writ of Possession as between the parties to this suit and to any person claiming under the Plaintiff, the Defendants, the State of Texas or Legendary, Inc. by any right acquired pending this suit.

D.    Such order of sale shall further provide that the property may be sold to a Taxing Unit that is a party to this suit or to any other person, other than a person owning an interest in

the property or any party to this suit that is not a Taxing Unit, for the market value of the property stated in this judgment or the aggregate amount of the property tax judgments against the property, whichever is less.

E.   The order of sale shall also specify that the property may not be sold to a person owning an interest in the property or to a person who is a party to this suit other than a Taxing Unit unless: (a) that person is the highest bidder at the tax sale, and (b) the amount bid by that person is equal to or greater than the aggregate amount of the property tax judgments against the property, including all costs of suit and sale.

F.   The adjudged value, or reasonable fair market value, of the property as of the date of this judgment as set by this Court is as shown above.

G.   If the Estate or the Heirs shall, at any time before the sale, file a written request with the officer in whose hands the order of sale is placed, that the property described therein be divided and sold, then the officer shall sell the land in such subdivisions as necessary to satisfy the judgment, interest, penalties and costs.

H.   The net proceeds of any sale of the property made hereunder to any purchaser other than a Taxing Unit which is a party to this suit shall be applied to satisfy this judgment and liens foreclosed herein, and any excess in the proceeds of sale over the amount of judgment, the costs of suit and sale, and any other expenses chargeable against the property, shall be paid into the registry of the court and disbursed therefrom as provided by law.

I.   The owners of the property, or anyone else having an interest therein, or their heirs, assigns, or legal representatives, may redeem the property in the time and manner prescribed by law.

J.   The officer executing the order of sale shall make proper conveyance to the purchaser(s) of the land, as prescribed by law, subject to the right of redemption, and shall

proceed to place the purchaser(s) of the property in possession thereof within thirty (30) days after the day of sale, and the clerk of this court shall issue a Writ of Possession to the purchaser(s) at the sale or to the purchaser's assigns no sooner than twenty (20) days following the date on which the purchaser's deed from the officer making the sale is filed of record.

5.      It is further ORDERED, ADJUDGED and DECREED that upon sale of the property by the United States of America or by the State of Texas, the sums awarded by this Judgment shall be paid to Cameron County and to the Point Isabel Independent School District, on their behalf and for the other Taxing Units for which they collect ad valorem taxes, next after payment of all fees and expenses incurred in preserving and selling the Property.

6.      This judgment is entered without prejudice to the claims of any other party in this case except as expressly stated herein.

SIGNED on _____ March 18 _____, 2002 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

LINEBARGER GOGGAN BLAIR PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT

SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

CHAMBERLAIN HRDLICKA WHITE WILLIAMS & MARTIN, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401
(713) 658-1818
(713) 658-2553 (facsimile)

By:    _Lawrence Sherlock_
          LAWRENCE SHERLOCK
          Texas State Bar No. 18240720
          U.S. District Count No. 7454

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON


_Manuel P. Lena, Jr.   By permission kmR_
          **Andrew L. Sobotka**
          Texas Bar No. 18819900
          **Manuel P. Lena, Jr.**
          Texas Bar No. 12201255
          Attorney, Tax Division
          U.S. Department of Justice
          717 N. Harwood, Suite 400
          Dallas, Texas  75201
          214/880-9750 or 9721 [9741 fax]

ATTORNEYS FOR UNITED STATES (IRS)

JOHN CORNYN
Attorney General of Texas
HOWARD G. BALDWIN, JR.
First Assistant Attorney General
JEFFREY S. BOYD
Deputy Attorney General for Litigation
RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

          DAVID RANDELL
          Assistant Attorney General
          Attorney in Charge

State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas  78711-2548
Telephone:    (512) 463-2173
Telecopier:   (512) 482-8341

ATTORNEY FOR STATE OF TEXAS

GARZA & GARZA, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas  78522-2025
Telephone:    (956) 541-4914
Facsimile:    (956) 542-7403

By:    _____
David C. Garza
Texas State Bar ID No. 0731400
Federal Admission No. 3778

ATTORNEY FOR DEFENDANT LEGENDARY, INC.

SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

CHAMBERLAIN HRDLICKA WHITE WILLIAMS & MARTIN, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401
(713) 658-1818
(713) 658-2553 (facsimile)


By:    _____

LAWRENCE SHERLOCK
Texas State Bar No. 18240720
U.S. District Count No. 7454

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON


_____
Andrew L. Sobotka
Texas Bar No. 18819900
**Manuel P. Lena, Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721 [9741 fax]

ATTORNEYS FOR UNITED STATES (IRS)

JOHN CORNYN
Attorney General of Texas
HOWARD G. BALDWIN, JR.
First Assistant Attorney General
JEFFREY S. BOYD
Deputy Attorney General for Litigation
RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division


_____
DAVID RANDELL
Assistant Attorney General
Attorney in Charge

7