IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **United States of America,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-053 |
| | § | |
| **Grady F. Herold, Sr., et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 20th, 2002, the Court **GRANTED** the Plaintiffs' Motion for Leave to Amend Complaint and to Extend Certain Deadlines [Dkt. No. 50] and **DENIED** Defendants' Motion to Amend Scheduling Order and Extend Discovery Deadlines [Dkt. No. 53]. As the Court has today **GRANTED** the Unopposed Motion to Enter Agreed Judgment [Dkt. No. 48], the Motion for Summary Judgment [Dkt. No. 43], Motion to Extend Time to Respond [Dkt. No. 44] and the Motion for Severance of Claims [Dkt. No. 46] are all rendered **MOOT**. Further, the Court **GRANTS** the United States' Motion to Compel Estate to Respond to Interrogatories and Produce Documents and Motion for Extension of Discovery Deadline [Dkt. No. 58].

IT IS THEREFORE **ORDERED** that Grady Harold, Sr., as Executor of the Estate of Lillian A. Schwarz, answer the United States' Interrogatories and Requests for Production which were served on November 30, 2001. It is also

**ORDERED** that the discovery deadline be extended to the later of April 30, 2002, or 30 days after the Estate has responded to account for these delays.

DONE at Brownsville, Texas, this 18th day of March 2002.

Hilda G. Tagle
United States District Judge