IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| v. § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., § | |
| Defendants § | |

**Stipulation of Settled Issues Between Estate and United States**

Grady F. Herold, Sr., as Executor of the Estate of Lillian A. Schwarz (hereafter "the Estate"), Kathryn Louise Herold, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon (hereafter "the Heirs") and the United States hereby stipulate and agree to the following:

A. The United States agrees that its claim for the Estate's estate taxes, penalties and interest totals $2,763,920 as of December 31, 2001. This amount will be increased by the accrual of statutory interest after December 31, 2001, and decreased by the agreed upon deduction for such interest set forth below under paragraph B ("the Stipulated Liability"). This Stipulated Liability will also be the total of all liens of the United States against any and all property of the Estate.

B. The Estate and Heirs agree not to claim any further deductions under I.R.C. Section 2053 against the Stipulated Liability, except that the Estate will be entitled to a Section 2053 deduction for 50% of all federal interest accruing on the Stipulated Liability after December 31, 2001.

C.  To the extent not allowed as part of the Stipulated Liability, the Estate and Heirs agree that all expenditures of the Estate incurred before July 31, 2001, which were claimed or could have been claimed as deductions under Section 2053, shall not be claimed or allowed as a deduction from the taxable income of the Estate (under any statute including Sections 162, 212 and 642 of the IRC). This specifically includes the $412,059 in executor's commissions that were claimed as part of the Supplemental Form 706 filed on or about July 31, 2001. Additionally, the Estate and Heirs agree that no deduction shall be claimed or allowed for income tax purposes of the 50% of the federal interest which is not being allowed as a deduction under Section 2053 after December 31, 2001.

D.  The Estate and Heirs agree that the value of the property held by the Estate is fixed for federal estate tax valuation and federal income tax basis purposes, as of the alternate valuation date, at the amounts which make up the gross estate of $10,374,869 that the Estate agreed to in the Form 890 it signed on August 8, 1988.

E.  The Estate and Heirs agree to waive any and all rights the Estate may have to file or prosecute any claims against the United States for refund of any estate or gift taxes, including any interest or penalties thereon which arise out of the Estate of Lillian A. Schwarz.

F.   The Estate and Heirs agree that the statute of limitations for collection of the federal estate tax was open at the time the above referenced case was filed and at the time *United States v. Grady F. Herold, Sr.*, Case No. 02-015 in Brownsville Texas, was filed. Furthermore, the Estate and Heirs agree that such statute of limitations for collection of the estate tax does not expire until August 1, 2005.

G.   The Estate and Heirs agree that the United States has valid federal tax liens in the amount of the Stipulated Liability against all of the property of the Estate.

H.   The Estate and Heirs agree that the United States has valid deeds of trust in the amount of the Stipulated Liability against all of the real property of the Estate, and will execute extensions of time to exercise all deeds of trust in favor of the United States to August 1, 2005.

| | |
|---|---|
| *[signature]*<br>Andrew L. Sobotka<br>Texas Bar No. 18819900<br>Manuel P. Lena Jr.<br>Texas Bar No. 12201255<br>Attorneys, Tax Division<br>U. S. Department of Justice<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201<br>(214) 880-9736 / (214) 880-9750<br>(214) 880-9741 (fax)<br>     Attorneys for United States | *[signature]*<br>Linda Paine<br>State Bar No. 15414000<br>Southern Dist. No. 6379<br>Larry Sherlock<br>State Bar No. 18240720<br>Southern Dist. No. 7454<br>Chamberlain, Hrdlicka, White,<br>Williams & Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4401<br>(713) 658-1818<br>(713) 658-2553 (fax)<br>     Attorneys for Grady F. Herold, Sr.,<br>Kathryn Louise Herold, Peggy L. Horn,<br>Ruby L. Wells and Doris Jean Shannon |

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on March 29, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-2553 (fax)

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522
(956) 542-7403 (fax)

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760
(512) 443-3494 (fax)

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548
(512) 482-8341 (fax)

_____
Andrew L. Sobotka