IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff § | |
| v. § | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., et al., § | |
| Defendants § | |

### United States' Unopposed Motion for Leave
### to Add Legendary SPI, Ltd, and File Second Amended Complaint

The United States, on behalf of its agency, the Internal Revenue Service, WITHOUT OPPOSITION, moves the Court to enter an order granting the United States leave to amend its complaint to add Legendary SPI, Ltd., as a party to this case. In support hereof, the United States respectfully shows the following:

1. On April 17, 2002, Legendary SPI, Ltd., purchased the 1996 through 2001 tax liens of the various ad valorem taxing authorities against the Property at issue in this case for $629,823.51.

2. Although Legendary, Inc. and Legendary SPI, Inc., are currently parties to this litigation, Legendary SPI, Ltd., is not a party to this litigation. However, by virtue of its recent purchase of liens against the Property, Legendary SPI, Ltd., now has an interest in the Property. Therefore, the participation of Legendary SPI, Ltd., in this case is necessary for the complete adjudication and foreclosure of all interests in the Property.

3. Ordinarily, the seller of those liens (the ad valorem taxing authorities) would be dismissed and the purchaser (Legendary SPI, Ltd., substituted in their place). However, the ad valorem taxing authorities have indicated that they currently desire to remain in this suit so that

they will be better able to ensure payment of the 2002 taxes against the Property which are not yet due, but which may come due before the Property is actually sold by court order or otherwise.

4.  As reflected in the attached Certificate of Conference, counsel for all parties have stated that they do not oppose the relief sought by this motion. Additionally, counsel for the intended new party has indicated no opposition. Legendary SPI, Ltd., will be represented by the same counsel as Legendary Inc., and Legendary SPI, Inc., and it does not appear that the addition of this new party will require a change in any of the existing deadlines or trial.

### Prayer

For the reasons stated above, the United States prays that it be granted leave to amend its complaint to add Legendary SPI, Ltd., as a party to this suit.

**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## Certificate of Conference

      I hereby certify that on May 6, 2002, and May 13, 2002, I contacted counsel for the other parties concerning the relief sought in the forgoing motion, and that they indicated they do not oppose the relief sought. I further certify that On May 6, 2002, I spoke with counsel for Legendary SPI, Ltd., who indicated that he did not oppose the relief sought.

                                                    Andrew L. Sobotka

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on May 14, 2002, by mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

_____
Andrew L. Sobotka