IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL NO. B-01-053 |
| GRADY F. HEROLD, SR., ET AL<br>Defendants | §<br>§<br>§ | |

**UNOPPOSED MOTION OF CAMERON COUNTY,
TEXAS AND POINT ISABEL INDEPENDENT
SCHOOL DISTRICT TO DISMISS THEIR
CLAIMS AGAINST ALL OTHER PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. Cameron County, Texas, for itself and on behalf of Cameron County Emergency Services District, Southmost Union Junior College District and the South Texas Independent School District, and the Point Isabel Independent School District, for itself and on behalf of the Laguna Madre Water District and the Town of South Padre Island, file this motion pursuant to FED.R.CIV.P. 41(a)(2) to dismiss without prejudice all claims and causes of action which they have previously asserted against all other parties in this case.

2. This motion is made because all ad valorem taxes which Cameron County, the Point Isabel Independent School District, and all other taxing units whose taxes are collected by the County and School District, assessed on the two tracts of real property which are the focus of this case through and including taxes assessed for 2001 have been paid in full. Therefore, the County, the School District and the other taxing units no longer have a claim against that property or against the other parties in this case.

3. This motion is made without prejudice to the claims and causes of action previously asserted by the County, the School District and the other taxing units because they have assigned the liens which secure payment of those taxes to the entity which paid those taxes,

1

pursuant to TEX.PROP.TAX CODE ANN. §32.06, and that entity may choose to assert those liens on its own behalf. A dismissal without prejudice will not affect that entity's ability to assert those liens should it choose to do so.

4. The County and the School District are not moving to be dismissed from this case because on January 1, 2002 a lien attached on the property which is the subject of this suit pursuant to TEX.PROP.TAX CODE ANN. §32.01(a), and that lien was not transferred.

WHEREFORE, premises considered, Cameron County, Texas and the Point Isabel Independent School District, for themselves and for the other taxing units listed above, pray that they be dismissed from this case and have such other relief as may be appropriate under the premises.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR PEÑA & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: /s/ Kent M. Rider
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY IN CHARGE FOR DEFENDANTS CAMERON COUNTY, TEXAS, LAGUNA MADRE WATER DISTRICT, CAMERON COUNTY EMERGENCY SERVICES DISTRICT, SOUTHMOST UNION JUNIOR COLLEGE DISTRICT, POINT ISABEL INDEPENDENT SCHOOL DISTRICT, TOWN OF SOUTH PADRE ISLAND, and SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF CONFERENCE

I communicated to counsel for all other parties in this case my intention to file this motion and received no response objecting to doing so.

_____
KENT M. RIDER

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing motion were served by first class United States mail, postage prepaid, addressed as follows on May 13, 2002:

Mr. Andrew Sobotka
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, Texas 75201

ATTORNEY FOR PLAINTIFF

Mr. Larry Sherlock
Chamberlain Hrdlicka White Williams & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

ATTORNEYS FOR GRADY F. HEROLD, SR.,
KATHRYN LOUISE HEROLD, PEGGY L. HORN,
RUBY L. WELLS and DORIS JEAN SHANNON

Mr. David Randell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

ATTORNEY FOR STATE OF TEXAS

Mr. David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

ATTORNEY FOR LEGENDARY, INC.

_____
KENT M. RIDER