69

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| United States of America,<br><br>Versus<br><br>Grady F. Herold, et. al. | CASE NO. B-01-053 |
|---|---|
| | United States District Court<br>Southern District of Texas<br>FILED<br><br>MAY 1 6 2002<br><br>Michael N. Milby<br>Clerk of Court |
| | Exhibit List |
| Judge Hilda G. Tagle | Case Manager:    Stella Cavazos<br>Court Reporter:   Breck Record |
| List of Defendant Legendary, Inc.<br>Legendary SPI, Inc, and Legendary<br>SPI, Inc. | Proceeding                    Date |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1. | November 20, 2000 contract between Legendary and the Estate | | |
| 2. | November 16, 2001 contract between Legendary, SPI Inc. and the Estate | | |
| 3. | Transfer of Ad Valorem Taxing Authorities' Liens to Legendary SPI, Ltd. dated April 17, 2002 and filed for record in the Official Records of Cameron County, Texas on April 25, 2002, as Document Number 00022326 | | |
| 4. | Any exhibit listed or admitted by any other party | | |
| 5. | All rebuttal exhibits | | |

Respectfully submitted,
LEGENDARY, INC.

By:

**DAVID C. GARZA**
Federal Admission No. 3778
Texas Bar No. 07731400
GARZA & GARZA, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas  78522

c:\dcg\cl\Legendary\Exhibit-List

Phone: (956) 541-4914
Fax:    (956) 542-7403
*ATTORNEY-IN-CHARGE      FOR      DEFENDANT*
*LEGENDARY, INC.*

## Certificate of Service

I, David C. Garza , do hereby certify that a true copy of the foregoing Exhibit list of Legendary has been sent both via Regular Mail and via Fax on this _16th_ day of May, 2002 to the following:

Andrew Sobotka                          *Regular Mail*
U.S. Department of Justice              *And Via Fax (214) 880-9741*
    Tax Division
717 North Harwood, Suite 400
Dallas, Texas  75201

David Randell, Asst. Attorney General   *Regular Mail*
Office of the Attorney General of       *And Via Fax (512) 482- 8341*
    The State of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas  78711-2548

Larry Sherlock                          *Regular Mail*
Chamberlain Hrdlicka White               *And Via Fax (713) 658- 2553*
WILLIAM & MARTIN, APPC
1200 Smith Street, Suite 1400
Houston, Texas  77002-4401

Kent M. Rider                           *Regular Mail*
LINEBARGER, HEARD, GOGGAN                *And Via Fax (512) 443- 3494*
    BLAIR, GRAHAM, PEÑA & SAMPSON
P.O. Box 17428
Austin, Texas  78760

**DAVID C. GARZA**

c:\dcg\cl\Legendary\Exhibit-List