UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| United States of America,<br><br>Versus<br><br>Grady F. Herold, et. al. | CASE NO. B-01-053<br><br>Witness List<br><br>United States District Court<br>Southern District of Texas<br>FILED<br>MAY 1 6 2002<br>Michael N. Milby<br>Clerk of Court |
|---|---|
| Judge Hilda G. Tagle | Case Manager:  Stella Cavazos<br>Court Reporter:  Breck Record |
| List of Defendant Legendary, Inc. Legendary SPI, Inc, and Legendary SPI, Inc. | Proceeding                         Date |

1-   Dwight C. Lorenzen, Vice President
     Legendary, Inc.
     385 Highway 98 East, Suite 60
     Destin, Florida 32541
     Telephone: 850-337-8500

Mr. Lorenzen may testify concerning the efforts being taken by Legendary to do its due diligence on the property under its contract. He may testify about the various steps taken or which will have to be taken with the US Army Corps of Engineers, the General Land Office of the State of Texas, the local authorities or other entities to get the necessary permits for developing the property and how all this will affect the value of the property and benefit everyone. He may testify concerning the first priority ad valorem tax lien that Legendary has purchased and the monies and efforts that it has expended to date on this matter.

Respectfully submitted,
LEGENDARY, INC.

By: _____
DAVID C. GARZA
Federal Admission No. 3778
Texas Bar No. 07731400
GARZA & GARZA, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522
Phone: (956) 541-4914
Fax:    (956) 542-7403
*ATTORNEY-IN-CHARGE FOR DEFENDANT LEGENDARY, INC. AND OTHER LEGENDARY ENTITIES*

## Certificate of Service

I, David C. Garza, do hereby certify that a true copy of the foregoing Witness list of Legendary has been sent both via Regular Mail and via Fax on this 16th day of May, 2002 to the following:

| | |
|---|---|
| Andrew Sobotka<br>U.S. Department of Justice<br>    Tax Division<br>717 North Harwood, Suite 400<br>Dallas, Texas 75201 | *Regular Mail*<br>*And Via Fax (214) 880-9741* |
| David Randell, Asst. Attorney General<br>Office of the Attorney General of<br>    The State of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | *Regular Mail*<br>*And Via Fax (512) 482-8341* |
| Larry Sherlock<br>Chamberlain Hrdlicka White<br>WILLIAM & MARTIN, APPC<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002-4401 | *Regular Mail*<br>*And Via Fax (713) 658-2553* |
| Kent M. Rider<br>LINEBARGER, HEARD, GOGGAN<br>    BLAIR, GRAHAM, PEÑA & SAMPSON<br>P.O. Box 17428<br>Austin, Texas 78760 | *Regular Mail*<br>*And Via Fax (512) 443-3494* |

_____
DAVID C. GARZA