71

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff § | | |
| v. § | CIVIL NO. B-01-053 | |
| GRADY F. HEROLD, SR., et al., § | | |
| Defendants § | | |

### Order Granting Leave for the United States to
### Add Legendary SPI, Ltd., and File Second Amended Complaint

The Court, having considered the United States' Unopposed Motion for Leave to Add Legendary SPI, Ltd, and File Second Amended Complaint (the United States' Motion), finds and is of the opinion that good cause exists to grant the motion. Accordingly, it is hereby Ordered that:

1. Leave is granted for the United States to amend its complaint to add Legendary SPI, Ltd., as a party to this case; and

2. The document attached to the United States' Motion shall be filed by the Clerk as the United States' Second Amended Complaint;

Signed May 17, 2002

_____
UNITED STATES DISTRICT JUDGE