IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff<br>v.<br><br>GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); KATHRYN LOUISE HEROLD; RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES; SOUTHMOST UNION JR. COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; AND LEGENDARY, INC.<br>　　Defendants | § § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-01-053 |

STIPULATION OF SETTLED ISSUES
BETWEEN STATE OF TEXAS AND THE ESTATE OF LILLIAN A. SCHWARZ

Defendant, the State of Texas (hereinafter "the State") through its attorney, the Office of the Attorney General of the State of Texas, and Defendants, Grady F. Herald, Sr., as Executor of the Estate of Lillian A. Schwarz (hereinafter "the Estate"), Kathryn Louise Herald, Peggy L. Horn, Ruby L. Wells and Doris Jean Shannon (hereinafter "the Heirs") through their undersigned attorney, file this stipulation of settled issues with the court. The State and the Estate have agreed to the following stipulations:

　　(A)　Lillian A. Schwarz died August 24, 1985.

　　(B)　The state inheritance tax owed by the Estate was due May 24, 1986.

　　(C)　The State filed tax liens to secure the inheritance tax liability on or about

August 11, 1986 at Volume 82, Page 378 of the Deeds Records of Cameron County, at Volume 341, Page 642 of the Deed Records of Zapata County, and at Volume 3, Page 511 of the Deed Records of Chambers County. The State filed a tax lien to secure the inheritance tax liability on or about August 14, 1986 at Volume 2237, Page 35 of the Deeds Records of Hidalgo County. The state inheritance tax lien attached to the Estate's property in the above-referenced counties when the lien notices were filed.

(D)  The unpaid inheritance tax owed by the Estate is $301,617.01.

(E)  The unpaid penalty on the delinquent inheritance tax owed by the Estate is $30,161.70.

(F)  The unpaid interest on the delinquent inheritance tax owed by the Estate is $431,396.57 as of April 1, 2002, with additional interest accruing at $99.16 per day.

(G)  The Estate and Heirs agree not to claim any further deductions under I.R.C. §2053 against the liability stipulated to in Paragraphs D - F above, except that the Estate will be entitled to a §2053 deduction for 50% of all federal interest accruing on the stipulated federal estate tax liability after December 31, 2001, which if claimed will result in a concomitant reduction of the inheritance tax liability in Paragraphs D - F.

(H)  The Estate and Heirs agree to waive any and all rights the Estate may have to file or prosecute any claims against the State for a refund of any inheritance taxes, including penalties and interest thereon which arise out of the Estate of

Lillian A. Schwarz.

(I) The Estate and Heirs agree that the statute of limitations for collection of the state inheritance tax was open at the time the State's Cross-Claim against the Estate was filed and served, and at the time the State's Cross Claim in *United States v. Grady F. Herold, Sr.*, Case No. 02-015 in Brownsville, Texas was filed and served.

(J) The Estate and Heirs agree that the State has valid state inheritance tax liens in the amount of the Stipulated Liability against all of the real property of the Estate.

_____
Linda Paine
State Bar No. 15414000
Southern Dist. No. 6379
Larry Sherlock
State Bar No. 18240720
Southern Dist. No. 7454
Chamberlain, Hrdlicka, White,
Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-1818
(713) 658-2553 (fax)

Attorneys for Grady F. Herold, Sr.,
Kathryn Louise Herold, Peggy L. Horn,
Ruby L. Wells and Doris Jean Shannon

_____
David Randell
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

Attorneys for the State of Texas

## CERTIFICATE OF SERVICE

      I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing Stipulation of Settled Issues has been mailed, certified, return receipt requested, on this the 21st day of MAY _____, 2002 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

_____
DAVID RANDELL

G:\COL\DATA\COLLECT\DFR\Trial\estate of schwarz.stipulated.issues.2wpd.wpd