IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 29 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| United States of America, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-053 |
| Grady F. Herold, Sr., et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on May 28, 2002, the Court considered the Unopposed Motion of Cameron County, Texas and Port Isabel Independent School District to Dismiss Their Claims Against All Other Parties [Dkt. No. 68]. The Motion is **GRANTED**.

DONE at Brownsville, Texas, this 28th day of May 2002.

Hilda G. Tagle
United States District Judge