76

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
MAY 3 0 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts   ☐ Lehrman |
| DATE | 05 / 30 / 02 |
| TIME | 1:52 p.m. — 1:54 p.m. |
| | 2:03 p.m. — 2:12 p.m. |
| CIVIL ACTION | B / 01 / 53 |
| STYLE | UNITED STATES (IRS) *versus* HEROLD, ET AL |

DOCKET ENTRY

(HGT)   ☒ Final Pretrial Conference/Docket Call          (Rptr. Breck Record   )

**Appearances**:

Attorney Andrew Sobotka for Plaintiff United States (IRS)
Attorney Larry Sherlock for Grady F. Herold, Sr. and other named Defendants
Attorney David Randell for Defendant State of Texas
Attorney David Garza for Defendant Legendary, Inc.

☒     Comments:

Court has reviewed the Joint Pretrial Order and inquired from counsel that this case will be tried before the court; all confirmed. Mr. Sobotka has filed a supplement to the pretrial order as an attachment describing the property, and a similar attachment was filed to Plaintiffs Second Amended Complaint.

*Trial Scheduled*: **Court sets case for Bench Trial on June 24, 2002 at 9:00 a.m.**  All counsel in agreement with this date since Mr. Sobotka has a trial in Austin that begins on June 10th and is scheduled to last ten days.

*Estimated trial time*: Trial is estimated to last ½ day to 3/4 day. Approximately two witnesses will be called to testify.