*79*

## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES (IRS) | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 01-53 |
| | § | |
| GRADY F. HEROLD, SR., et al | § | |

United States District Court
Southern District of Texas
ENTERED

**MAY 3 1 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER SETTING BENCH TRIAL

1.    Counsel shall appear for Bench Trial on ***June 24, 2002 at 9:00 a.m.***

Signed ___May 31___, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge