IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>GRADY F. HEROLD, SR., Individually and in his capacity as Independent Executor of the Estate of Lillian A. Schwarz (deceased); KATHRYN LOUISE HEROLD; RUBY L. WELLS; DORIS JEAN SHANNON; CAMERON COUNTY, TEXAS; LAGUNA MADRE WATER DISTRICT; CAMERON COUNTY EMERGENCY SERVICES; SOUTHMOST UNION JR. COLLEGE DISTRICT; POINT ISABEL I.S.D.; TOWN OF SOUTH PADRE ISLAND; SOUTH TEXAS I.S.D.; CAMERON COUNTY APPRAISAL DISTRICT; STATE OF TEXAS; AND LEGENDARY, INC.<br>Defendants | § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. B-01-053 |

United States District Court
Southern District of Texas
FILED

JUN 0 7 2002

Michael N. Milby
Clerk of Court

### SUPPLEMENT TO JOINT PRE-TRIAL ORDER

The parties hereby supplement the4 Joint Pretrial Order as follows:

10. **Exhibits**

The State of Texas will file an Exhibit List separately.

APPROVED:

*Larry Sherlock by permission*
Linda Paine
State Bar No. 15414000
Southern Dist. No. 6379
Larry Sherlock
State Bar No. 18240720
Southern Dist. No. 7454
Chamberlain, Hrdlicka, White,
Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002-4401
(713) 658-1818
(713) 658-2553 (fax)

Attorneys for Grady F. Herold, Sr.,
Kathryn Louise Herold, Peggy L. Horn,
Ruby L. Wells and Doris Jean Shannon

*Andrew L. Sobotka by permission*
Andrew L. Sobotka
State Bar No. 18819900
Manuel P. Lena
State Bar No. 12201255
Attorneys, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9736 / (214) 880-9750
(214) 880-9741 (fax)
Attorneys for United States

*[signature]*
David Randell
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

Attorneys for the State of Texas

*David Garza by permission*
David C. Garza
State Bar No. 07731400
Southern Dist. No. 3778
Garza & Garza, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522
(956) 541-4914
(956) 542-7403 (fax)
Attorney for Legendary, Inc., Legendary
SPI, Inc., and Legendary SPI, Ltd.

*Kent M. Rider by permission*
Kent M. Rider
State Bar No. 16896000
Southern Dist. No. 13883
Linebarger, Heard, Goggan, Blair, Graham, Peña & Sampson
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
(512) 443-3494 (fax)
Attorney for Cameron County, Texas, Laguna Madre Water District, Cameron County Emergency Services District, Southmost Union College District, Point Isabel Independent School District, Town of South Padre Island and South Texas Independent School District

G:\COL\DATA\COLLECT\DFR\Trial\estate of schwarz.supplement to PTO.wpd