United States District Court
Southern District of Texas
FILED

JUN 07 2002

Michael N. Milby
Clerk of Court

| UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF TEXAS |||
|---|---|---|
| United States of America | CASE NO. B-01053 ||
| versus | EXHIBIT LIST ||
| Grady F. Herold, et al. |||
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Report: Breck Record ||
| List of<br>The State of Texas | Proceeding | Date |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1. | Stipulation of Settled Issues Between State of Texas and the Estate of Lillian A. Schwarz | | |
| 2. | Comptroller of Public Accounts Inheritance Tax Payment Worksheet | | |

Respectfully submitted,

_____
David Randell
Assistant Attorney General
Attorney in Charge
State Bar No. 16532400
Federal Bar No. 1638
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Telecopier: (512) 482-8341

Attorneys for the State of Texas

## CERTIFICATE OF SERVICE

     I, David Randell, Assistant Attorney General of the State of Texas, do hereby certify that a true copy of the foregoing Exhibit List has been mailed, certified, return receipt requested, on this the 5th day of June, 2002 to the following:

Manuel P. Lena, Jr.
Andrew Sobotka
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Larry Sherlock
Chamberlain Hrdlicka White
William & Martin, A P.P.C.
1200 Smith Street, Ste. 1400
Houston, Texas 77002-4401

Kent M. Rider
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 17428
Austin, Texas 78760

David C. Garza
Garza & Garza, L.L.P.
P.O. Box 2025
Brownsville, Texas 78522

_____
DAVID RANDELL

G:\COL\DATA\COLLECT\DFR\Trial\estate of schwarz.exhibit list.wpd