# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America,<br><br>Versus<br><br>Grady F. Herold, et. al. | CASE NO. B-01-053<br><br>Amended Exhibit List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Defendant Legendary, Inc. Legendary SPI, Inc, and Legendary SPI, Inc. | Proceeding                              Date |

*United States District Court*
*Southern District of Texas*
*FILED*
*JUN 0 7 2002*
*Michael N. Milby*
*Clerk of Court*

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1. | November 20, 2000 contract between Legendary and the Estate | | |
| 2. | November 16, 2001 contract between Legendary, SPI Inc. and the Estate | | |
| 3. | Transfer of Ad Valorem Taxing Authorities' Liens to Legendary SPI, Ltd. dated April 17, 2002 and filed for record in the Official Records of Cameron County, Texas on April 25, 2002, as Document Number 00022326 | | |
| 4. | Any exhibit listed or admitted by any other party | | |
| 5. | All rebuttal exhibits | | |
| 6. | Memorandum dated May 23, 2002, from Dwight Lorenzen to Ed Mejia regarding proposal for surveying services with attached proposal letter dated May 20, 2002, from Eduardo H. Mejia to Legendary, attention Dwight C. Lorenzen, Vice President, who signed and accepted and authorized proposal on May 23, 2002 | | |
| 7. | Memorandum dated May 22, 2002, from Dwight Lorenzen to Jim Jones, regarding contract for services with SWCA with attachments: (1) Letter dated May 20, 2002, from James O. Jones to Dwight Lorenzen regarding Schwartz Tract Development at South Padre Island, (2) Services Agreement dated May 20, 2002, signed by Dwight Lorenzen on behalf of Legendary SPI, Ltd. | | |

                               Respectfully submitted,

                               LEGENDARY, INC.

By: _____
                               DAVID C. GARZA
                               Federal Admission No. 3778
                               Texas Bar No. 07731400
                               GARZA & GARZA, L.L.P.
                               P.O. Box 2025
                               680 East St. Charles, Suite 300
                               Brownsville, Texas 78522
                               Phone: (956) 541-4914
                               Fax:   (956) 542-7403
                               *ATTORNEY-IN-CHARGE FOR*
                               *DEFENDANT LEGENDARY, INC.*

## CERTIFICATE OF SERVICE

I, David C. Garza, do hereby certify that a true copy of the foregoing Amended Exhibit List by Legendary has been sent both via regular mail and via fax on this 7th day of June, 2002 to the following:

Andrew Sobotka                                *Regular Mail*
U.S. Department of Justice                *And Via Fax (214) 880-9741*
Tax Division
717 North Harwood, Suite 400
Dallas, Texas 75201

David Randell, Asst. Attorney General      *Regular Mail*
Office of the Attorney General of            *And Via Fax (512) 482- 8341*
The State of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

Larry Sherlock
CHAMBERLAIN HRDLICKA WHITE
WILLIAM & MARTIN, APPC
1200 Smith Street, Suite 1400
Houston, Texas 77002-4401

*Regular Mail*
*And Via Fax (713) 658- 2553*

Kent M. Rider
LINEBARGER, HEARD, GOGGAN
 BLAIR, GRAHAM, PEÑA & SAMPSON
P.O. Box 17428
Austin, Texas 78760

*Regular Mail*
*And Via Fax (512) 443- 3494*

_____
DAVID C. GARZA