| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS | |
|---|---|
| United States of America,<br><br>versus<br><br>Grady F. Herold, et al. | CASE NO. B-01-053 |
| | U.S. AMENDED WITNESS LIST |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Plaintiff, the United States | Proceeding                             Date |

United States District Court
Southern District of Texas
FILED
JUN 17 2002
Michael N. Milby
Clerk of Court

1. Cindy Ocmand
   Internal Revenue Service
   4050 Alpha Road, MC5103 NWSAT
   Dallas, Texas 75244
   (972) 308-7837

   Ms. Ocmand may testify concerning the foundation for the admission of exhibits if necessary; the IRS's efforts to collect the taxes due in this case; the tax liens filed in this case; the deeds of trust granted and filed in this case; the extensions of time to pay the tax granted in this case; and other matters related to the case files and amounts owed.

2. Pat Lee
   Internal Revenue Service
   Austin Compliance Center
   P.O. Box 1231
   Austin, TX 78767
   (512) 460-0663

   Ms. Lee may testify concerning the computation of the current balance due; the computation of any balance or interrelated payoffs that might be applicable in the future; and lay foundation for admission of exhibits if necessary.

3. Other IRS employees:

   To the extent that Ms. Ocmand or Ms. Lee are not able to testify, the United States may call another IRS employee in their place.

4. Will Evans, or other representative from the Grubb & Ellis Company (nominated as receiver by the United States), to testify concerning their proposed marketing plan and probable range of sales prices for the Property if appointed as receiver, and to lay foundation for admission of exhibits if necessary.

5. Any witness listed or called by any other party.

6.　　Any rebuttal witnesses.

                                                            **Andrew L. Sobotka**
                                                            Texas Bar No. 18819900
                                                            **Manuel P. Lena Jr.**
                                                            Texas Bar No. 12201255
                                                           Attorney, Tax Division
                                                           U. S. Department of Justice
                                                           717 N. Harwood, Suite 400
                                                           Dallas, Texas 75201
                                                           214/880-9750 or 9721[9741fax]
                                                           Attorney for United States (IRS)

## Certificate of Service

       IT IS HEREBY CERTIFIED that service of the foregoing document has been made on June 12, 2002, by faxing and mailing a copy thereof to:

| | |
|---|---|
| Larry Sherlock | Kent M. Rider |
| Chamberlain Hrdlicka | Linebarger Heard |
| 1200 Smith Street, Suite 1400 | P.O. Box 17428 |
| Houston, TX 77002-4401 | Austin, Texas 78760 |
| | |
| David C. Garza | David Randell |
| Garza & Garza, LLP | Asst. Attorney General |
| P.O. Box 2025 | Bankruptcy & Collections Div. |
| 680 East St. Charles, Suite 300 | P.O. Box 12548 |
| Brownsville, TX 78522 | Austin, Texas 78711-2548 |

                                                             Andrew L. Sobotka