# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Rick Roberts    ■ Julie Lehrman |

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

Michael N. Milby, Clerk of Court

| DATE | 06 | 24 | 02 | |
|---|---|---|---|---|
| TIME | 9:20 | a.m. | 11:15 | a.m. |
| | 1:32 | p.m. | 5:58 | p.m. |
| CIVIL ACTION | B | 01 | 53 | |

STYLE

UNITED STATES (IRS)

*versus*

GRADY HEROLD, ET AL

## DOCKET ENTRY

**(HGT)  1st day Bench Trial**                    (Court Reporter: Breck Record)

Appearances: Attorneys:    Andrew Sobotka, Lead Counsel for Plaintiff United States (IRS)
Manuel Lena, Co-Counsel
Lawrence Sherlock for Defendant Grady Herold, et al
David Randell for Defendant State of Texas (Comptroller)
David Garza for Defendant Legendary, Inc., et al

========================================================

9:20 a.m. All parties appeared and announced ready. Witnesses sworn; opening statements made. Offer of exhibits made: United States (IRS) exhibits 1-22, 23a, 26-27 admitted without objection; State of Texas exhibits 1-3 admitted without objection; Grady Herold, et al exhibit 1 admitted without objection; Legendary, Inc., et al exhibits 1-3, 6-9 admitted without objection. Witness Cindy Ocmand, IRS Agent and Will Evans, Vice President from Grubb & Ellis testified.

11:15 a.m. Court recessed for lunch; trial to resume at 1:30 p.m.

1:32 p.m. Govt. has no more witnesses; however, made reference to some paragraphs in the stipulation facts in the pretrial order. Grubb & Ellis has been nominated as receiver by the United States. Grubb & Ellis estimates they can sell the property between $4.25 to 4.5 million. Govt's exhibits 24 and 25 admitted without objection. (United States Complaint and Original Answer of Defendant Legendary, Inc., to United States of America Complaint, respectively)

**Civil Action No.01-53**
**USA (IRS) vs. Herold, et al**
**June 24, 2002**
**Minutes– Page 2**

1:40 p.m. State of Texas has no witnesses other than to make reference to their exhibits regarding their stipulation with the Estate that is tied to the stipulation the State has with the United States Government.

1:41 p.m. Defendant calls Attorney Cullen Looney to testify on behalf of the Estate.

2:49 p.m. The Estate rests.

2:50 p.m. Recess taken.

3:12 p.m. Defendant Legendary, Inc., calls Peter Bos and Dwight Lorenzen to testify.

4:43 p.m. Testimony concluded; all parties rest and close.

4:52. Counsel in agreement to continue with closing arguments today. Short recess taken.

5:05–5:48  p.m. Closing arguments had by all counsel. The Court is impressed with the buyer's (Legendary, Inc.) experience and noted that the government did not present any evidence that the receiver nominee grasped the difficulty of selling this property.

***RULING***: The Court ***DECLINED*** to appoint a receiver at this time; however ***ORDERED*** that if the sale does not close by June 24, 2003, a receiver will be appointed, or earlier if the buyer opts out of the contract. Should the Government choose to proceed with foreclosure, they can do so. Mr. David Garza is to submit a proposed judgment to the Court by ***July 3, 2002***.

5:58 p.m. Court adjourned.