| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ||United States District Court<br>Southern District of Texas<br>FILED|
|---|---|---|
| United States of America,<br><br>versus<br><br>Grady F. Herold, et al. | CASE NO. B-01-053 | JUN 24 2002<br><br>Michael N. Milby, Clerk of Court |
|  | U.S. SECOND AMENDED EXHIBIT LIST ||
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record ||
| List of<br>Plaintiff, the United States | Proceeding                                        Date ||

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1 | Legal Description of Property | ✓ |  |
| 2 | Certificate of Assessements and Payments | ✓ |  |
| 3 | Notice of Federal Tax Lien filed on or about September 21, 1992 | ✓ |  |
| 4 | Notice of Federal Tax Lien filed on or about August 19, 1996 | ✓ |  |
| 5 | Notice of Federal Tax Lien filed on or about February 21, 2001 | ✓ |  |
| 6 | Deed of Trust dated August 17, 1995 | ✓ |  |
| 7 | Subordination Agreement between United States and Texas dated August 17, 1995 | ✓ |  |
| 8 | Modification Agreement concerning the Deed of Trust between Estate and United States dated August 24, 1997 | ✓ |  |
| 9 | Legendary, Inc.'s Response to United States' Request for Production | ✓ |  |
| 10 | Letter dated September 13, 2000, from Dwight Lorenzen at Legendary, Inc., to Cullen Looney (L100 to L105) | ✓ |  |
| 11 | Letter dated September 14, 2000, from Dwight Lorenzen at Legendary, Inc., to Cullen Looney. (L107) | ✓ |  |
| 12 | Letter dated November 21, 2000, from Alan Monroe to Legendary, Inc., transmitting November 20, 2000 contract between Legendary and the Estate | ✓ |  |
| 13 | Letter dated November 21, 2000, from Legendary, Inc., to Cullen Looney | ✓ |  |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 14 | Memorandum dated December 4, 2000, from Dwight Lorenzen to Peter Bos (L122 -123) | ✓ | |
| 15 | Fax dated December 21, 2000, from Dwight Lorenzen at Legendary Inc., to Bob Dubose (L112 to L121) | ✓ | |
| 16 | January 5, 2001, amendment proposed by Legendary, Inc., to contract dated November 20, 2000 (L016 to L018) | ✓ | |
| 17 | Letter dated January 18, 2001, from Cullen Looney to Legendary Inc. | ✓ | |
| 18 | Letter dated January 31, 2001, from Legendary Inc., to Cullen Looney. | ✓ | |
| 19 | November 16, 2001 contract between Legendary, SPI Inc., and the Estate (L019 to L041) | ✓ | |
| 20 | April 17, 2002, Transfer of Ad Valorem Taxing Authorities' Liens to Legendary SPI, Ltd. | ✓ | |
| 21 | Stipulation of Settled Issues Between Estate and United States | ✓ | |
| 22 | Stipulation of Settled Issues Between State of Texas and Estate of Lillian A. Schwarz. | ✓ | |
| 23 | Offer to purchase the Property for $4,475,000 (unsigned and will not be used if exhibit 23A can be substituted). | | |
| 23A | Signed offer to purchase the Property for $4,475,000 | ✓ | |
| 24 | UNITED STATES COMPLAINT ~~Any exhibit listed or admitted by any other party~~ | ✓ | |
| 25 | ORIGINAL ANSWER OF DEFENDANT LEGENDARY, INC. ~~All rebuttal exhibits~~ TO USA COMPLAINT | ✓ | |
| 26 | Executive Summary from marketing proposal by Grubb & Ellis | ✓ | |
| 27 | IRS computation of approximate amounts due on its claim as of June 24, 2002, May 16, 2003 and July 22, 2003. | ✓ | |
| | | | |
| | | | |
| | | | |
| | | | |

| No. | Description | Adm. | Exd. |
|-----|-------------|------|------|
|     |             |      |      |

_____
**Andrew L. Sobotka**
Texas Bar No. 18819900
**Manuel P. Lena Jr.**
Texas Bar No. 12201255
Attorney, Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9750 or 9721[9741fax]
Attorney for United States (IRS)

## Certificate of Service

IT IS HEREBY CERTIFIED that service of the foregoing document has been made on June 22, 2002, by faxing and mailing a copy thereof to:

Larry Sherlock
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4401

David C. Garza
Garza & Garza, LLP
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, TX 78522

Kent M. Rider
Linebarger Heard
P.O. Box 17428
Austin, Texas 78760

David Randell
Asst. Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, Texas 78711-2548

_____
Andrew L. Sobotka