89

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
FILED
JUN 24 2002
Michael N. Milby, Clerk of Court

United States of America

V.

Grady F. Herold, Sr., et al.

DEF: ~~PLTF'S~~ AMENDED EXHIBIT ~~AND WITNESS~~ LIST

Case Number: B-01-053

| PRESIDING JUDGE<br>Judge Tagle | PLAINTIFF'S ATTORNEY<br>Andrew Sobotka | DEFENDANT'S ATTORNEY<br>Lawrence Sherlock |
|---|---|---|
| TRIAL DATE(S)<br>June 3, 2002 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Purchase and Sale Agreement dated November 16, 2001 |
| | 2 | | | ✓(1) | Letter of March 19, 2002 from Mr. Sobotka to Mr. Sherlock incorporating terms of settlement |
| | 3 | | | | Proposed Real Estate Contract dated April 8, 2002 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages