UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| United States of America,<br><br>Versus<br><br>Grady F. Herold, et. al. | CASE NO. B-01-053<br><br>_Second_ Amended Exhibit List | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 24 2002<br>Michael N. Milby<br>Clerk of Court |
|---|---|---|
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record | |
| List of Defendant Legendary, Inc. Legendary SPI, Inc, and Legendary SPI, Inc. | Proceeding<br>BENCH TRIAL | Date<br>6/24/02 |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1. | November 20, 2000 contract between Legendary and the Estate | ✓ | |
| 2. | November 16, 2001 contract between Legendary, SPI Inc. and the Estate | ✓ | |
| 3. | Transfer of Ad Valorem Taxing Authorities' Liens to Legendary SPI, Ltd. dated April 17, 2002 and filed for record in the Official Records of Cameron County, Texas on April 25, 2002, as Document Number 00022326 | ✓ | |
| 4. | Any exhibit listed or admitted by any other party | | |
| 5. | All rebuttal exhibits | | |
| 6. | Memorandum dated May 23, 2002, from Dwight Lorenzen to Ed Mejia regarding proposal for surveying services with attached proposal letter dated May 20, 2002, from Eduardo H. Mejia to Legendary, attention Dwight C. Lorenzen, Vice President, who signed and accepted and authorized proposal on May 23, 2002 | ✓ | |
| 7. | Memorandum dated May 22, 2002, from Dwight Lorenzen to Jim Jones, regarding contract for services with SWCA with attachments: (1) Letter dated May 20, 2002, from James O. Jones to Dwight Lorenzen regarding Schwartz Tract Development at South Padre Island, (2) Services Agreement dated May 20, 2002, signed by Dwight Lorenzen on behalf of Legendary SPI, Ltd. | ✓ | |
| 8 | Labunski agreement | ✓ | |
| 9 | Map of land | ✓ | |

AMENDED EXHIBIT LIST                                                                    PAGE 1
c:\dcg\cl\Legendary\Exhibit-Amended-List